UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

<u>LAFAYETTE</u>   DIVISION

| | |
|---|---|
| <u>ARTEMIO ALVAREZ BARRÓN, et al.</u> | Case No. <u>6:21-cv-03741</u> |
| Plaintiff | |
| VS. | Judge _____ |
| <u>STERLING SUGARS SALES CORPORATION</u> | Magistrate Judge _____ |
| Defendant | |

**ORDER**

IT IS ORDERED that <u>David Huang</u> be and is hereby admitted to the bar of this Court pro hac vice on behalf of <u>ARTEMIO ALVAREZ BARRÓN, et al.</u> in the above described action.

SO ORDERED on this, the <u>25th</u> day of <u>October</u>, <u>2021</u>.

_____
U.S. Magistrate Judge