**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **ARTEMIO ALVAREZ BARRON, CARLOS ERNESTO PEREYRA VIDANA, MIGUEL MARTINEZ LILLALOBOS, JESUS LAMBERTO REMIREZ LOPES, CARLOS ALFREDO RAMIREZ FERNANDEZ, DANIEL VALENZUELA CHAVES, and** others similarly situated, | **CIVIL ACTION NO. 6:21-CV-03741** **JUDGE ROBERT T. SUMMERHAYS** **MAGISTRATE JUDGE PATRICK J. HANNA** |

**VERSUS**

**STERLING SUGARS SALES**
**CORPORATION**

### MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

**NOW INTO COURT**, through undersigned counsel, comes defendant, Sterling Sugars

Sales Corporation ("Defendant"), and appearing solely for the purpose of this motion, reserving

all rights, motions and defenses and without waiver thereof, respectfully moves this Honorable

Court for an extension of time of thirty (30) days, up to and including December 27, 2021, within

which to respond to the Complaint filed by Plaintiffs in the above-referenced matter.  Movant

certifies that the deadline for filing responsive pleadings has not yet expired and that Defendant

requires an additional thirty (30) days, through and including December 27, 2021 within which to

respond to Plaintiff's Complaint.  Additional time is required because appropriate responsive

pleadings cannot be prepared and filed by November 26, 2021, within the normal twenty-one (21)

day period provided by law.

Defendant is now engaged in seasonal harvesting work critical to food supply.  Responding

timely would likely require Defendant to forgo the Thanksgiving holiday.  Critically, Defendant's

timely response would have to be prepared and tendered while Defendant also works to timely

comply with the federal government's recent pronouncements concerning COVID-19

vaccinations.[1]  In this context, the currently applicable deadlines simply do not allow Defendant equitable time to respond.  A brief extension of time would accomplish traditional notions of fairness and due process, and would allow that this matter to progress efficiently with issues that are appropriately formed and developed.

<u>**CERTIFICATE OF COUNSEL**</u>

Pursuant to Local Rule 7.9, Plaintiffs' counsel, Caitlin Berberich, was contacted via email on November 5, 2021 regarding whether she consented to Defendant's request for extension of time. Ms. Berberich has not responded to Defendant's request and, at present, has not indicated whether she objects.

Respectfully submitted,


*/s/ Brandon E. Davis*
BRANDON E. DAVIS (#29823)
STEPHANIE POUCHER (#37263)
CLERC C. COOPER (#38170)
PHELPS DUNBAR, LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA  70130-6534
Telephone:  (504) 566-1311
Facsimile:  (504) 568-9130
Email: brandon.davis@phelps.com

and;

*/s/ Ashley Foret Dees*
ASHLEY FORET DEES (#31727)
517 Broad Street
Lake Charles, LA  70601
Telephone:  (337) 214-0354
Facsimile:  (337) 326-5543
Email: ashley@afdees.com

**ATTORNEYS FOR STERLING SUGARS
SALES CORPORATION**

---

[1] *See* 86 Fed. Reg. 61,402 (Nov. 5, 2021).

2