UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **ARTEMIO ALVAREZ BARRON, CARLOS ERNESTO PEREYRA VIDANA, MIGUEL MARTINEZ LILLALOBOS, JESUS LAMBERTO REMIREZ LOPES, CARLOS ALFREDO RAMIREZ FERNANDEZ, DANIEL VALENZUELA CHAVES, and others similarly situated,** | **CIVIL ACTION NO. 6:21-CV-03741**<br><br>**JUDGE ROBERT T. SUMMERHAYS**<br><br>**MAGISTRATE JUDGE PATRICK J. HANNA** |
| **VERSUS** | |
| **STERLING SUGARS SALES CORPORATION** | |

**ORDER**

Considering the foregoing Ex Parte Motion for Extension of Time filed by Defendant, Sterling Sugars Sales Corporation,

**IT IS HEREBY ORDERED** that Defendant's Ex Parte Motion for Extension of Time be, and the same is hereby **GRANTED**, and that Defendant, Sterling Sugar Sales Corporation, has an additional thirty (30) days, or until and through December 27, 2021 in which to respond to Plaintiff's Complaint.

_____Lafayette_____, Louisiana, this __10th__ day of __November__, 2021.

_____
JUDGE

PD.35823325.1