UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| ) | | |
| **ARTEMIO ALVAREZ BARRON,** ) | | |
| **et al., and others similarly situated,** ) | | |
| ) | | |
| **Plaintiffs,** ) | CIVIL ACTION No. 6:21-cv-03741 |
| ) | |
| **v.** ) | JUDGE ROBERT T. SUMMERHAYS |
| ) | |
| **STERLING SUGARS SALES** ) | MAGISTRATE JUDGE PATRICK J. |
| **CORPORATION,** ) | HANNA |
| ) | |
| **Defendant.** ) | |
| ) | |

## PLAINTIFFS' NOTICE OF FILING OF CONSENT TO JOIN SUIT FORMS UNDER THE FAIR LABOR STANDARDS ACT

**NOW INTO COURT**, through undersigned counsel, comes Plaintiffs, Artemio Alvarez Barron, et al., who hereby give notice for the filing of the Consent to Join Suit forms under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), of Alfredo Valdez Rodriguez, Felipe de Jesus Suarez Palafox, Julio Santiago Villegas Sifuentes, and Pedro Abel Jimenez Gonzalez, attached as Exhibits 1-4.

Plaintiffs filed this action under the FLSA on behalf of themselves and others similarly situated. Dkt. No. 1. Plaintiffs now join Alfredo Valdez Rodriguez, Felipe de Jesus Suarez Palafox, Julio Santiago Villegas Sifuentes, and Pedro Abel Jimenez Gonzalez as party plaintiffs under 29 U.S.C. § 216(b) upon the filing of their consent to join suit forms.[1]

---

[1] *See, e.g.*, *Mickles v. Country Club Inc.*, 887 F.3d 1270, 1278 (11th Cir. 2018) (noting that the "plain language of § 216(b) supports that those who opt in become party plaintiffs upon the filing of a consent and that nothing further . . . is required.").

Respectfully submitted,

*/s/ Caitlin Berberich*
Caitlin Berberich, TN Bar No. 025780
*Trial Attorney
Admitted Pro Hac Vice*
SOUTHERN MIGRANT LEGAL SERVICES
A Project of Texas RioGrande Legal Aid, Inc.
311 Plus Park Blvd., Ste. 135
Nashville, TN 37217
Telephone: (615) 538-0725
Facsimile: (615) 366-3349
cberberich@trla.org

*/s/ David Huang*
David Huang, TN Bar No. 038350
*Admitted Pro Hac Vice*
SOUTHERN MIGRANT LEGAL SERVICES
A Project of Texas RioGrande Legal Aid, Inc.
311 Plus Park Blvd., Ste. 135
Nashville, TN 37217
Telephone: (615) 538-0725
Facsimile: (615) 366-3349
dhuang@trla.org

*/s/ Daniel Davis*
Daniel Davis, LA No. 30141
*Admitted to Practice in W.D. La.*
Estes Davis Law, LLC
4465 Bluebonnet Blvd, Suite A
Baton Rouge, LA 70809
Telephone: (225) 336-3394
Facsimile: (225) 384-5419
dan@estesdavislaw.com

ATTORNEYS FOR PLAINTIFFS