UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| **ARTEMIO ALVAREZ BARRON,** et al., and others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION No. 6:21-cv-03741 |
| v. | ) ) | JUDGE ROBERT T. SUMMERHAYS |
| **STERLING SUGARS SALES CORPORATION,** | ) ) ) ) | MAGISTRATE JUDGE PATRICK J. HANNA |
| Defendant. | ) ) | |

## PLAINTIFFS' NOTICE OF FILING OF CONSENT TO JOIN SUIT FORMS UNDER THE FAIR LABOR STANDARDS ACT

Plaintiffs, Artemio Alvarez Barron, et al., hereby give notice for the filing of the Consent to Join Suit form under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), of Arnulfo Villegas Miranda, attached as Exhibit 1.

Plaintiffs filed this action under the FLSA on behalf of themselves and others similarly situated. Dkt. No. 1. Plaintiffs now join Arnulfo Villegas Miranda as party plaintiff under 29 U.S.C. § 216(b) upon the filing of his consent to join suit form.[1]

Respectfully submitted,

/s/ Caitlin Berberich
Caitlin Berberich, TN Bar No. 025780
*Trial Attorney
*Admitted Pro Hac Vice*

---

[1] *See, e.g.*, *Mickles v. Country Club Inc.*, 887 F.3d 1270, 1278 (11th Cir. 2018) (noting that the "plain language of § 216(b) supports that those who opt in become party plaintiffs upon the filing of a consent and that nothing further . . . is required.").

        SOUTHERN MIGRANT LEGAL SERVICES
        A Project of Texas RioGrande Legal Aid, Inc.
        311 Plus Park Blvd., Ste. 135
        Nashville, TN 37217
        Telephone: (615) 538-0725
        Facsimile: (615) 366-3349
        cberberich@trla.org

        */s/ David Huang*
        David Huang, TN Bar No. 038350
        *Admitted Pro Hac Vice*
        SOUTHERN MIGRANT LEGAL SERVICES
        A Project of Texas RioGrande Legal Aid, Inc.
        311 Plus Park Blvd., Ste. 135
        Nashville, TN 37217
        Telephone: (615) 538-0725
        Facsimile: (615) 366-3349
        dhuang@trla.org


        */s/ Daniel Davis*
        Daniel Davis, LA No. 30141
        *Admitted to Practice in W.D. La.*
        Estes Davis Law, LLC
        4465 Bluebonnet Blvd, Suite A
        Baton Rouge, LA 70809
        Telephone: (225) 336-3394
        Facsimile: (225) 384-5419
        dan@estesdavislaw.com


        ATTORNEYS FOR PLAINTIFFS