UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| **ARTEMIO ALVAREZ BARRON,** et al., and others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION No. 6:21-cv-03741 |
| v. | ) ) | JUDGE ROBERT T. SUMMERHAYS |
| **STERLING SUGARS SALES CORPORATION,** | ) ) ) ) | MAGISTRATE JUDGE PATRICK J. HANNA |
| Defendant. | ) ) | |

## [~~PROPOSED~~] ORDER

Having considered Plaintiffs' motion to withdraw attorney, IT IS HEREBY ORDERED:

Plaintiffs' attorney David Huang is withdrawn as counsel of record in this case.

SO ORDERED.

Dated: January 5, 2022

_____
Hon. Patrick J. Hanna
United States Magistrate Judge