UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

ARTEMIO ALVAREZ BARRÓN, et al.

Plaintiff

VS.

STERLING SUGARS SALES CORPORATION

Defendant

Case No. 6:21-cv-03741

Judge ROBERT T. SUMMERHAYS

Magistrate Judge PATRICK J. HANNA

**ORDER**

IT IS ORDERED that Nicole Bucheri be and is hereby admitted to the bar of this Court pro hac vice on behalf of ARTEMIO ALVAREZ BARRÓN, et al. in the above described action.

SO ORDERED on this, the 5th day of January, 2022.

_____
U.S. Magistrate Judge