UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

_____  )
                                        )
**ARTEMIO ALVAREZ BARRON,**             )
**et al., and others similarly situated,** )
                                        )
      **Plaintiffs,**          )  CIVIL ACTION No. 6:21-cv-03741
                                        )
**v.**                                  )  JUDGE ROBERT T. SUMMERHAYS
                                        )
**STERLING SUGARS SALES**               )  MAGISTRATE JUDGE PATRICK J.
**CORPORATION,**                        )  HANNA
                                        )
      **Defendant.**           )
_____  )

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE OF COURT TO FILE PLAINTIFFS' FIRST AMENDED COMPLAINT**

Pursuant to Rules 6(a), 15(a) and 20(a) of the Federal Rules of Civil Procedure, Plaintiffs respectfully request leave of Court to file an amended pleading, which joins eight individuals as Plaintiffs, and in support thereof would show the Court the following:

1. Plaintiffs' First Amended Complaint was timely filed on January 18, 2022, within the deadline for amendment as a matter of course pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). *See* Dkt 22.

2. Federal Rule of Civil Procedure 15(a)(1)(B) allows a party to amend its pleading once as a matter of course within 21 days after service of a responsive pleading. Federal Rule of Civil Procedure 6(a)(1)(C) states that, in computing any time period specified in the Rules, "if the last day [of the period] is a Saturday, Sunday, or legal holiday, the period continues to run until the end of the next day that is not a Saturday, Sunday, or legal

holiday." Federal Rule of Civil Procedure 6(a)(6)(A) defines legal holiday to include the day set aside by statue for observing Martin Luther King Jr.'s birthday.

3. Defendant filed its Answer to Plaintiffs' Original Complaint on December 27, 2021. Dkt. 15. Therefore, the 21-day deadline to amend as a matter of course fell on Monday, January 17, 2022. This day is set aside by statute for observing Martin Luther King Jr.'s birthday. 5 U.S.C. § 6103(a) ("The following are legal public holidays . . . Birthday of Martin Luther King, Jr., the third Monday in January."). Pursuant to Federal Rule of Civil Procedure 6(a)(1)(C), the period to file Plaintiffs' Amended Complaint as a matter of course was extended to January 18, 2022, which is when Plaintiffs filed their First Amended Complaint, Docket 22.

4. In the alternative, Plaintiffs request leave to amend pursuant to Federal Rule of Civil Procedure 15(a)(2). Plaintiffs' counsel has conferred with counsel with Defendant, and they have indicated they are unopposed to this Motion.

5. The Federal Rules of Civil Procedure state that leave to amend should be "freely give[n] when justice so requires." Fed. R. Civ. P. 15(a). "In the absence of . . . undue prejudice to the opposing party by virtue of allowing the amendment, futility of amendment, etc.-- the leave sought should, as the rules require, be 'freely given.'" *Engstrom v. First Nat'l Bank of Eagle Lake*, 47 F.3d 1459, 1464 (5th Cir. 1995) (quoting *Forman v. Davis*, 371 U.S. 178, 182 (1962)).

6. The deadline to join parties and amend pleadings is November 17, 2022. Dkt. 24. Therefore, this Motion is timely.

7. Plaintiffs' First Amended Complaint contains only one major change: it has added eight individuals as named Plaintiffs in this lawsuit, joining Alfredo Valdez Rodriguez, Jesus

    Ivan Ramirez Fernandez, Arnulfo Villegas Miranda, Julio Santiago Villegas Sifuentes, Jesus Pedro Zazueta Ochoa, Pedro Abel Jimenez Gonzalez, Felipe de Jesus Suarez Palafox, and Jesus Alfredo Parra Martinez.  These individuals have already opted into the lawsuit as Plaintiffs under the FLSA collective action, s*ee* Dkt. Nos. 11, 12, 14, 16, and 21, and the amendment adds them as Plaintiffs under the same additional causes of action for breach of contract, violation of the Louisiana Wage Payment Act, and unjust enrichment.

8. The claims of Alfredo Valdez Rodriguez, Jesus Ivan Ramirez Fernandez, Arnulfo Villegas Miranda, Julio Santiago Villegas Sifuentes, Jesus Pedro Zazueta Ochoa, Pedro Abel Jimenez Gonzalez, Felipe de Jesus Suarez Palafox, and Jesus Alfredo Parra Martinez arise out of the same series of occurrences as the original Plaintiffs, in that they were employed by Defendant under the same conditions and were paid and classified in the same way as agricultural H-2A workers when, in fact, they drove heavy trucks. Consequently, the primary questions of law and fact are common to the original Plaintiffs and these eight individuals.  Therefore, joinder is appropriate under Federal Rule of Civil Procedure 20.

9. Plaintiffs' First Amended Complaint is attached as Exhibit A to this Motion and was filed as Docket 22.

10. This Motion is made in good faith and will not result in undue prejudice against Defendant, who has not yet served discovery on Plaintiffs or taken any depositions.  A scheduling order was only recently entered on January 25, 2022.

WHEREFORE, Plaintiffs respectfully request that the Court grant Plaintiffs' Motion for Leave of Court to File Plaintiffs' First Amended Complaint.

Respectfully submitted,

*/s/ Caitlin Berberich*
Caitlin Berberich, TN Bar No. 025780
*Trial Attorney
SOUTHERN MIGRANT LEGAL SERVICES
A Project of Texas RioGrande Legal Aid, Inc.
311 Plus Park Blvd., Ste. 135
Nashville, TN 37217
Telephone: (615) 538-0725
Facsimile: (615) 366-3349
cberberich@trla.org

*/s/ Nicole Bucheri*
Nicole Bucheri, TX Bar No. 24095388
TEXAS RIOGRANDE LEGAL AID, INC.
1206 E. Van Buren St.
Brownsville, Texas 78520
Telephone: (956) 982-5552
Facsimile: (956) 541-1410
nbucheri@trla.org

*/s/ Daniel Davis*
Daniel Davis, LA No. 30141
Admitted to Practice in W.D. La.
Estes Davis Law, LLC
4465 Bluebonnet Blvd, Suite A
Baton Rouge, LA 70809
Telephone: (225) 336-3394
Facsimile: (225) 384-5419
dan@estesdavislaw.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF CONFERENCE**

I hereby certify that on the 25th day of January, 2022, I conferred with counsel for Defendant, Brandon E. Davis, regarding this Motion, and he indicated he was unopposed.

*/s/ Nicole Bucheri*
Nicole Bucheri