# EXHIBIT 7

Case 6:21-cv-03741-RRS-DJA    Document 103-6    Filed 06/30/23    Page 2 of 5 PageID
#:  2922

 **U.S. BUREAU OF LABOR STATISTICS**

Bureau of Labor Statistics  ›  Occupational Employment and Wage Statistics  ›  About  ›  Questions & Answers

# Occupational Employment and Wage Statistics

Search Occupational Em  Go

OEWS Home          OEWS Publications          OEWS Data          OEWS Methods          About OEWS          Contact OEWS

## Frequently Asked Questions

**On This Page**

» **OEWS data overview**
» **Data we have**
» **Data we do not have**

» **Definitions, concepts, and classification**
» **How to get OEWS data**
» **Other important information about OEWS data**

[Expand All]

## A. OEWS data overview

1. What does the OEWS program produce?
   The OEWS program produces employment and wage estimates for over 800 occupations. These are estimates of the number of jobs in certain occupations, and estimates of the wages paid to them. These estimates are available for the nation as a whole, for individual States, and for metropolitan statistical areas (MSAs), metropolitan divisions, and nonmetropolitan areas; national occupational estimates for specific industries are also available.

2. What are the OEWS data used for?
   The OEWS program is the only comprehensive source of regularly produced occupational employment and wage rate information for the U.S. economy, as well as States, the District of Columbia, Guam, Puerto Rico, the U.S. Virgin Islands, and all metropolitan and nonmetropolitan areas in each State.

   Occupational employment data are used to develop information regarding current and projected employment needs and job opportunities. This information is used in the production of State education and workforce development plans. These data enable the analysis of the occupational composition of different industries, and the comparison of occupational composition across States and local areas, including analysis for economic development purposes. OEWS employment estimates also are used as job placement aids by helping to identify industries that employ the skills gained by enrollees in career-technical training programs. In addition, OEWS survey data serve as primary inputs into occupational information systems designed for those who are exploring career opportunities or assisting others in career decision making.

   OEWS data are used by several other BLS and government programs, such as the BLS Employment Projections program, the Employment and Training Administration (ETA), and the Employment Standards Administration (ESA). OEWS data are used to establish the fixed employment weights for the Employment Cost Index and in the calculation of occupational rates for the Survey of Occupational Injuries and Illnesses. Wage data also are provided to ETA's Foreign Labor Certification program for use in administering the H1-B visa program.

   Employment and wage data for detailed science, engineering, mathematical, and other occupations are provided to the National Science Foundation, along with the complete staffing patterns for all industries.

   Occupational wage data are used by job seekers and employers to determine salary ranges for different occupations in different locations and in different industries. OEWS employment and wage data also can be found in ETA's CareerOneStop.

   Many users of OEWS data use data provided by the State Labor Market Information programs. OEWS data are used by workforce investment boards and economic development programs to attract businesses. The data provide information on labor availability by occupation as well as average wages. OEWS is frequently cited as the most popular labor market information program within States.

   Finally, employment and wage data are used by academic and government researchers to study labor markets and wage and employment trends. These data inform the so-called "good-jobs/bad-jobs" debate on how business cycles and structural economic change affect wages and employment across the range of occupations; and how many and what types of jobs are impacted by off-shore outsourcing. Currently, OEWS staffing patterns and wage data are being used by MedPAC in research to improve the calculation of Medicare reimbursement rates.

3. What is the difference between industry-specific and cross-industry estimates?

   **Industry-specific estimates**
   - Calculated with data collected from establishments in **one particular industry**.
   - Since different industries employ people in different occupations, the occupations in the staffing pattern for a particular industry will not be the same as the occupations in the staffing pattern for another industry.
   - Available at the national level; research estimates available at the state level.

   **Cross-industry estimates**
   - Calculated with data collected from establishments in **all the industries** for which a particular occupation is reported.
   - Not every occupation is reported in every industry.
   - For example, the cross-industry occupational employment estimate for mechanical engineers is the sum of all the industry-specific estimates for mechanical engineers. Likewise, cross-industry occupational wage estimates for mechanical engineers are calculated from data collected from establishments in all the industries where mechanical engineers are reported.
   - Available at the national, state, and metropolitan area levels.

4. Why does the OEWS program produce estimates from more than one year's data?
   Significant reductions in sampling error can be achieved by taking advantage of a full three years of data, covering 1.1 million establishments and about 57 percent of the employment in the United States. This feature is particularly important in improving the reliability of estimates for detailed occupations in small

geographical areas. Combining multiple years of data is also necessary to obtain full coverage of the largest establishments. In order to reduce respondent burden, the OEWS survey samples these establishments with virtual certainty only once every three years. While there are significant advantages, there are also limitations associated with this estimation procedure in that it requires "updating" for the earlier years of data and limits the usefulness of OEWS data for time series analysis. (See *Can OEWS data be used to compare changes in employment and wages over time?* for more information.)

The May 2022 employment and wage estimates were calculated using data collected in the May 2022, November 2021, May 2021, November 2020, May 2020, and November 2019 semi-annual panels. The older panels' wage data have been adjusted to the May 2022 reference period using the over-the-year wage change in the most applicable Employment Cost Index series. The employment from the six panels has been benchmarked to the average of the November 2021 and May 2022 employment in each industry cell.

5. How is the OEWS survey conducted?

The OEWS survey is a semi-annual mail survey of non-farm establishments. The BLS produces the survey materials and selects the establishments to be surveyed. The sampling frame (the list from which establishments to be surveyed are selected) is derived from the list of establishments maintained by State Workforce Agencies (SWAs) for unemployment insurance purposes. Establishments to be surveyed are selected in order to obtain data from every metropolitan and nonmetropolitan area in every State, across all surveyed industries, and from establishments of varying sizes. The SWAs mail the survey materials to the selected establishments and make follow-up calls to request data from nonrespondents or to clarify data. The collected data are used to produce occupational estimates at the National, State, and sub-State levels.

6. When will this year's OEWS estimates be available?

Estimates are generally released in late March or early April. Please check the OEWS homepage around that time for a scheduled release date.

## B. Data we have

Top

1. Does OEWS have estimates for specific industries?

**Yes.** The table in *Where can OEWS estimates be found?* shows where to find OEWS estimates, including national industry-specific occupational employment and wage estimates. For more information on the industry classification system used by OEWS, please see *What is the NAICS?*

Industry data is generally only available at the national level. However, beginning with the May 2012 estimates, the OEWS program has made some industry-specific OEWS estimates for individual States available for research purposes. Please see the OEWS Research Estimates page for more information.

2. Does OEWS have estimates for individual States?

**Yes.** The table in *Where can OEWS estimates be found?* shows where to find OEWS estimates, including cross-industry occupational employment and wage estimates for individual States.

3. Does OEWS have estimates for metropolitan and nonmetropolitan areas?

**Yes.** The table in *Where can OEWS estimates be found?* shows where to find OEWS estimates, including cross-industry occupational employment and wage estimates for metropolitan and nonmetropolitan areas.

OEWS has data for approximately 580 metropolitan and nonmetropolitan areas, including 396 metropolitan areas. Please note, however, that not all areas have information for all occupations. In New England, areas are defined based on New England City and Town Areas (NECTA). A listing of the areas and their definitions can be found on the MSA definitions page.

## C. Data we do not have

Top

1. Does OEWS produce estimates by age, race, sex, education, or any other demographic characteristics?
2. Does OEWS produce estimates by size of establishment?
3. Does OEWS have any data on unemployment for specific occupations?
4. Does OEWS have any information on job vacancies?
5. Does OEWS have occupational employment projections or information on occupational outlook?
6. Does OEWS have occupational employment estimates that include the self-employed?
7. Are OEWS industry and public/private ownership data available beyond the national level--for states and metropolitan / nonmetropolitan areas?
8. Do the OEWS wage estimates include benefits?

## D. Definitions, concepts, and classifications

Top

1. What is the difference between an establishment, an industry, and an occupation?
2. How are "employees" defined by the OEWS survey?
3. How are "wages" defined by the OEWS survey?
4. What are mean wages? What are median wages?
5. How does OEWS classify occupations?

In 1999, the OEWS survey began using the Office of Management and Budget (OMB) Standard Occupational Classification (SOC) system. The May 2010 OEWS estimates mark the first set of estimates based, in part, on data collected for the 2010 Standard Occupational Classification system. Most occupations in this release are 2010 occupations. In some cases, however, an estimate for a temporary occupation was created from data reported for one or more occupations in the 2000 SOC combined with data reported for one or more 2010 SOC occupations. Some occupations have the same title as a 2010 SOC occupation, but not the same content. These occupations are marked with an asterisk (*) and given a temporary code for the OEWS data. Starting with the May 2012 data, the OEWS data reflects the full set of detailed occupations in the 2010 SOC. The detailed SOC occupations are allocated among these twenty-three major groups:

- 11-0000 Management Occupations
- 13-0000 Business and Financial Operations Occupations
- 15-0000 Computer and Mathematical Occupations

- 17-0000 Architecture and Engineering Occupations
- 19-0000 Life, Physical, and Social Science Occupations
- 21-0000 Community and Social Service Occupations
- 23-0000 Legal Occupations
- 25-0000 Education, Training and Library Occupations
- 27-0000 Arts, Design, Entertainment, Sports, and Media Occupations
- 29-0000 Healthcare Practitioners and Technical Occupations
- 31-0000 Healthcare Support Occupations
- 33-0000 Protective Service Occupations
- 35-0000 Food Preparation and Serving Related Occupations
- 37-0000 Building and Grounds Cleaning and Maintenance Occupations
- 39-0000 Personal Care and Service Occupations
- 41-0000 Sales and Related Occupations
- 43-0000 Office and Administrative Support Occupations
- 45-0000 Farming, Fishing, and Forestry Occupations
- 47-0000 Construction and Extraction Occupations
- 49-0000 Installation, Maintenance, and Repair Occupations
- 51-0000 Production Occupations
- 53-0000 Transportation and Material Moving Occupations
- 55-0000 Military Specific Occupations (not surveyed in OEWS)

More information about the Standard Occupational Classification system, including the full SOC structure, is available from the BLS SOC page. Detailed information on using the SOC to classify occupations can be found in the SOC User Guide.

6. Is the OEWS classification system compatible with other occupational classification systems?
7. What is the latest news about the 2018 Standard Occupational Classification (SOC) revision?
8. How does the OEWS program define industry classifications? What is the NAICS? What do the "OEWS designations" for government industries mean?
9. What industries are surveyed? What industries are not surveyed?

The OEWS survey collects occupational employment and wage data from establishments in nonfarm industries only, and produces estimates for the following sectors, or 2-digit industries, and the 3-, 4-, and selected 5- and 6-digit industries that comprise them.

**Industries surveyed (by sector):**

- Sector 11 - Forestry and Logging (NAICS 1133 Logging, 1151 Support Activities for Crop Production, and 1152 Support Activities for Animal Production only)
- Sector 21 - Mining
- Sector 22 - Utilities
- Sector 23 - Construction
- Sectors 31, 32, and 33 - Manufacturing
- Sector 42 - Wholesale Trade
- Sectors 44 and 45 - Retail Trade
- Sectors 48 and 49 - Transportation and Warehousing
- Sector 51 - Information
- Sector 52 - Finance and Insurance
- Sector 53 - Real Estate and Rental and Leasing
- Sector 54 - Professional, Scientific, and Technical Services
- Sector 55 - Management of Companies and Enterprises
- Sector 56 - Administrative and Support and Waste Management and Remediation Services
- Sector 61 - Educational Services
- Sector 62 - Health Care and Social Assistance
- Sector 71 - Arts, Entertainment, and Recreation
- Sector 72 - Accommodation and Food Services
- Sector 81 - Other Services (except Federal, State, and Local Government)
- Sector 99 - Federal, State, and Local Government, excluding state and local schools and hospitals, and the US Postal Service (OEWS Designation)

**Industries NOT surveyed:**

- NAICS 111 - Crop Production
- NAICS 112 - Animal Production
- NAICS 1131 - Timber Tract Operations
- NAICS 1132 - Forest Nurseries and Gathering of Forest Products
- NAICS 114 - Fishing, Hunting, and Trapping
- NAICS 1153 - Support Activities for Forestry
- NAICS 814 - Private Households

For statistics on the U.S. agricultural sector, please visit the United States Department of Agriculture's National Agricultural Statistics Service program website.

10. What is a Location Quotient?
11. Where can Metropolitan and Nonmetropolitan Area Definitions be found?
12. What is the SOC?
13. How are workers classified into occupations under the Standard Occupation Classification (SOC) system? Can the OEWS program provide classification determinations for non-statistical purposes, such as prevailing wages?
14. What is MB3?

Case 6:21-cv-03741-RRS-DJA Document 103-6 Filed 06/30/23 Page 5 of 5 PageID #: 2925

## E. How to get OEWS data

Top

1. Where can OEWS estimates be found?
3. Are OEWS estimates available in print form?
4. What are the different ways to obtain OEWS estimates from this website?
5. Are OEWS data available for previous years?

## F. Other important information about OEWS data

Top

1. Can OEWS data be used to compare changes in employment or wages over time?
2. How should OEWS data be cited?
3. Why does the sum of the areas within a State not equal the statewide employment?
4. Why are there no estimates for a particular occupation in a specific area or industry?
5. Why don't the major group or "all occupations" employment totals equal the sum of the employment estimates for detailed occupations?
6. What kind of public/private ownership data does OEWS have?
7. Can OEWS data be used to compare private and government pay for similar work?
8. How were the occupations in the May 2010 and May 2011 estimates created from data based on the 2000 and 2010 SOC codes?
9. Does OEWS have shapefiles?
10. How were the May 2019 and May 2020 estimates created from survey data based on both the 2010 and 2018 SOCs?

**Last Modified Date:** May 23, 2023

U.S. BUREAU OF LABOR STATISTICS  Division of Occupational Employment and Wage Statistics  PSB Suite 2135  2 Massachusetts Avenue NE  Washington, DC 20212-0001

Telephone:1-202-691-6569_  www.bls.gov/OES  Contact OEWS