# EXHIBIT 10

 **U.S. BUREAU OF LABOR STATISTICS**

# Standard Occupational Classification

Search Standard Occupa[ ] Go

SOC Home         About SOC         Contact SOC

Bureau of Labor Statistics > Standard Occupational Classification > Home

The 2018 Standard Occupational Classification (SOC) system is a federal statistical standard used by federal agencies to classify workers into occupational categories for the purpose of collecting, calculating, or disseminating data. All workers are classified into one of 867 detailed occupations according to their occupational definition. To facilitate classification, detailed occupations are combined to form 459 broad occupations, 98 minor groups, and 23 major groups. Detailed occupations in the SOC with similar job duties, and in some cases skills, education, and/or training, are grouped together. General questions concerning the SOC may be sent by email or faxed to 202-691-6444.  To sign up to receive email notifications when the SOC webpages are updated with new information, enter your email address on the Subscriptions page under the "About SOC" tab.

## Notices

How often do SOC codes change? Read More »

How do I find my SOC code? Read More »

---

## STANDARD OCCUPATIONAL CLASSIFICATION SYSTEMS

2018 SOC System     2010 SOC System     2000 SOC System

---

U.S. BUREAU OF LABOR STATISTICS  Division of Occupational Employment Statistics  PSB Suite 2135  2 Massachusetts Avenue NE Washington, DC 20212-0001

Telephone:1-202-691-6500_  www.bls.gov/SOC  Contact SOC