# EXHIBIT 11

## (excerpts from list of BLS occupational codes)

 **U.S. BUREAU OF LABOR STATISTICS**

# Standard Occupational Classification

Search Standard Occupa  Go

SOC Home                    About SOC                    Contact SOC

Bureau of Labor Statistics > Standard Occupational Classification > About > 2018 SOC System

## 2018 Standard Occupational Classification System

NOTE: The information on this page relates to the 2018 SOC, please see the 2010 SOC System for information on the previous version of the SOC.

Each occupation in the 2018 SOC is placed within one of these 23 major groups:

- 11-0000 Management Occupations
- 13-0000 Business and Financial Operations Occupations
- 15-0000 Computer and Mathematical Occupations
- 17-0000 Architecture and Engineering Occupations
- 19-0000 Life, Physical, and Social Science Occupations
- 21-0000 Community and Social Service Occupations
- 23-0000 Legal Occupations
- 25-0000 Educational Instruction and Library Occupations
- 27-0000 Arts, Design, Entertainment, Sports, and Media Occupations
- 29-0000 Healthcare Practitioners and Technical Occupations
- 31-0000 Healthcare Support Occupations
- 33-0000 Protective Service Occupations
- 35-0000 Food Preparation and Serving Related Occupations
- 37-0000 Building and Grounds Cleaning and Maintenance Occupations
- 39-0000 Personal Care and Service Occupations
- 41-0000 Sales and Related Occupations
- 43-0000 Office and Administrative Support Occupations
- 45-0000 Farming, Fishing, and Forestry Occupations
- 47-0000 Construction and Extraction Occupations
- 49-0000 Installation, Maintenance, and Repair Occupations
- 51-0000 Production Occupations
- 53-0000 Transportation and Material Moving Occupations
- 55-0000 Military Specific Occupations

## [Expand All]

## 11-0000  Management Occupations

- 11-1000  Top Executives
  - 11-1010  Chief Executives
    - 11-1011  Chief Executives
  - 11-1020  General and Operations Managers
    - 11-1021  General and Operations Managers
  - 11-1030  Legislators
    - 11-1031  Legislators
- 11-2000  Advertising, Marketing, Promotions, Public Relations, and Sales Managers
  - 11-2010  Advertising and Promotions Managers
    - 11-2011  Advertising and Promotions Managers
  - 11-2020  Marketing and Sales Managers
    - 11-2021  Marketing Managers
    - 11-2022  Sales Managers
  - 11-2030  Public Relations and Fundraising Managers
    - 11-2032  Public Relations Managers
    - 11-2033  Fundraising Managers
- 11-3000  Operations Specialties Managers
  - 11-3010  Administrative Services and Facilities Managers
    - 11-3012  Administrative Services Managers
    - 11-3013  Facilities Managers
  - 11-3020  Computer and Information Systems Managers
    - 11-3021  Computer and Information Systems Managers
  - 11-3030  Financial Managers
    - 11-3031  Financial Managers
  - 11-3050  Industrial Production Managers
    - 11-3051  Industrial Production Managers
  - 11-3060  Purchasing Managers

- 43-5011 Cargo and Freight Agents
- 43-5020 Couriers and Messengers
  - 43-5021 Couriers and Messengers
- 43-5030 Dispatchers
  - 43-5031 Public Safety Telecommunicators
  - 43-5032 Dispatchers, Except Police, Fire, and Ambulance
- 43-5040 Meter Readers, Utilities
  - 43-5041 Meter Readers, Utilities
- 43-5050 Postal Service Workers
  - 43-5051 Postal Service Clerks
  - 43-5052 Postal Service Mail Carriers
  - 43-5053 Postal Service Mail Sorters, Processors, and Processing Machine Operators
- 43-5060 Production, Planning, and Expediting Clerks
  - 43-5061 Production, Planning, and Expediting Clerks
- 43-5070 Shipping, Receiving, and Inventory Clerks
  - 43-5071 Shipping, Receiving, and Inventory Clerks
- 43-5110 Weighers, Measurers, Checkers, and Samplers, Recordkeeping
  - 43-5111 Weighers, Measurers, Checkers, and Samplers, Recordkeeping
- 43-6000 Secretaries and Administrative Assistants
  - 43-6010 Secretaries and Administrative Assistants
    - 43-6011 Executive Secretaries and Executive Administrative Assistants
    - 43-6012 Legal Secretaries and Administrative Assistants
    - 43-6013 Medical Secretaries and Administrative Assistants
    - 43-6014 Secretaries and Administrative Assistants, Except Legal, Medical, and Executive
- 43-9000 Other Office and Administrative Support Workers
  - 43-9020 Data Entry and Information Processing Workers
    - 43-9021 Data Entry Keyers
    - 43-9022 Word Processors and Typists
  - 43-9030 Desktop Publishers
    - 43-9031 Desktop Publishers
  - 43-9040 Insurance Claims and Policy Processing Clerks
    - 43-9041 Insurance Claims and Policy Processing Clerks
  - 43-9050 Mail Clerks and Mail Machine Operators, Except Postal Service
    - 43-9051 Mail Clerks and Mail Machine Operators, Except Postal Service
  - 43-9060 Office Clerks, General
    - 43-9061 Office Clerks, General
  - 43-9070 Office Machine Operators, Except Computer
    - 43-9071 Office Machine Operators, Except Computer
  - 43-9080 Proofreaders and Copy Markers
    - 43-9081 Proofreaders and Copy Markers
  - 43-9110 Statistical Assistants
    - 43-9111 Statistical Assistants
  - 43-9190 Miscellaneous Office and Administrative Support Workers
    - 43-9199 Office and Administrative Support Workers, All Other

# 45-0000 Farming, Fishing, and Forestry Occupations

- 45-1000 Supervisors of Farming, Fishing, and Forestry Workers
  - 45-1010 First-Line Supervisors of Farming, Fishing, and Forestry Workers
    - 45-1011 First-Line Supervisors of Farming, Fishing, and Forestry Workers
- 45-2000 Agricultural Workers
  - 45-2010 Agricultural Inspectors
    - 45-2011 Agricultural Inspectors
  - 45-2020 Animal Breeders
    - 45-2021 Animal Breeders
  - 45-2040 Graders and Sorters, Agricultural Products
    - 45-2041 Graders and Sorters, Agricultural Products
  - 45-2090 Miscellaneous Agricultural Workers
    - 45-2091 Agricultural Equipment Operators

      Drive and control equipment to support agricultural activities such as tilling soil; planting, cultivating, and harvesting crops; feeding and herding livestock; or removing animal waste. May perform tasks such as crop baling or hay bucking. May operate stationary equipment to perform post-harvest tasks such as husking, shelling, threshing, and ginning.

      Illustrative examples: *Combine Operator* , *Feed Mixer Operator* , *Hay Baler* , *Tractor Operator*

    - 45-2092 Farmworkers and Laborers, Crop, Nursery, and Greenhouse
    - 45-2093 Farmworkers, Farm, Ranch, and Aquacultural Animals
    - 45-2099 Agricultural Workers, All Other
- 45-3000 Fishing and Hunting Workers
  - 45-3030 Fishing and Hunting Workers
    - 45-3031 Fishing and Hunting Workers

- 45-4000 Forest, Conservation, and Logging Workers
  - 45-4010 Forest and Conservation Workers
    - 45-4011 [Forest and Conservation Workers](#)
  - 45-4020 Logging Workers
    - 45-4021 [Fallers](#)
    - 45-4022 [Logging Equipment Operators](#)
    - 45-4023 [Log Graders and Scalers](#)
    - 45-4029 [Logging Workers, All Other](#)

# [47-0000](#) Construction and Extraction Occupations

- 47-1000 Supervisors of Construction and Extraction Workers
  - 47-1010 First-Line Supervisors of Construction Trades and Extraction Workers
    - 47-1011 [First-Line Supervisors of Construction Trades and Extraction Workers](#)
- 47-2000 Construction Trades Workers
  - 47-2010 Boilermakers
    - 47-2011 [Boilermakers](#)
  - 47-2020 Brickmasons, Blockmasons, and Stonemasons
    - 47-2021 [Brickmasons and Blockmasons](#)
    - 47-2022 [Stonemasons](#)
  - 47-2030 Carpenters
    - 47-2031 [Carpenters](#)
  - 47-2040 Carpet, Floor, and Tile Installers and Finishers
    - 47-2041 [Carpet Installers](#)
    - 47-2042 [Floor Layers, Except Carpet, Wood, and Hard Tiles](#)
    - 47-2043 [Floor Sanders and Finishers](#)
    - 47-2044 [Tile and Stone Setters](#)
  - 47-2050 Cement Masons, Concrete Finishers, and Terrazzo Workers
    - 47-2051 [Cement Masons and Concrete Finishers](#)
    - 47-2053 [Terrazzo Workers and Finishers](#)
  - 47-2060 Construction Laborers
    - 47-2061 [Construction Laborers](#)
  - 47-2070 Construction Equipment Operators
    - 47-2071 [Paving, Surfacing, and Tamping Equipment Operators](#)
    - 47-2072 [Pile Driver Operators](#)
    - 47-2073 [Operating Engineers and Other Construction Equipment Operators](#)
  - 47-2080 Drywall Installers, Ceiling Tile Installers, and Tapers
    - 47-2081 [Drywall and Ceiling Tile Installers](#)
    - 47-2082 [Tapers](#)
  - 47-2110 Electricians
    - 47-2111 [Electricians](#)
  - 47-2120 Glaziers
    - 47-2121 [Glaziers](#)
  - 47-2130 Insulation Workers
    - 47-2131 [Insulation Workers, Floor, Ceiling, and Wall](#)
    - 47-2132 [Insulation Workers, Mechanical](#)
  - 47-2140 Painters and Paperhangers
    - 47-2141 [Painters, Construction and Maintenance](#)
    - 47-2142 [Paperhangers](#)
  - 47-2150 Pipelayers, Plumbers, Pipefitters, and Steamfitters
    - 47-2151 [Pipelayers](#)
    - 47-2152 [Plumbers, Pipefitters, and Steamfitters](#)
  - 47-2160 Plasterers and Stucco Masons
    - 47-2161 [Plasterers and Stucco Masons](#)
  - 47-2170 Reinforcing Iron and Rebar Workers
    - 47-2171 [Reinforcing Iron and Rebar Workers](#)
  - 47-2180 Roofers
    - 47-2181 [Roofers](#)
  - 47-2210 Sheet Metal Workers
    - 47-2211 [Sheet Metal Workers](#)
  - 47-2220 Structural Iron and Steel Workers
    - 47-2221 [Structural Iron and Steel Workers](#)
  - 47-2230 Solar Photovoltaic Installers
    - 47-2231 [Solar Photovoltaic Installers](#)
- 47-3000 Helpers, Construction Trades
  - 47-3010 Helpers, Construction Trades
    - 47-3011 [Helpers--Brickmasons, Blockmasons, Stonemasons, and Tile and Marble Setters](#)
    - 47-3012 [Helpers--Carpenters](#)
    - 47-3013 [Helpers--Electricians](#)
    - 47-3014 [Helpers--Painters, Paperhangers, Plasterers, and Stucco Masons](#)

6/5/23, 3:50 PM

Case 6:21-cv-03741-RRS-DJA  2018 Standard Occupational Classification System U.S. Bureau of Labor Statistics Filed 06/30/23  Page 5 of 9 PageID #:  2942

- 47-3015  Helpers--Pipelayers, Plumbers, Pipefitters, and Steamfitters
- 47-3016  Helpers--Roofers
- 47-3019  Helpers, Construction Trades, All Other
- 47-4000  Other Construction and Related Workers
  - 47-4010  Construction and Building Inspectors
    - 47-4011  Construction and Building Inspectors
  - 47-4020  Elevator and Escalator Installers and Repairers
    - 47-4021  Elevator and Escalator Installers and Repairers
  - 47-4030  Fence Erectors
    - 47-4031  Fence Erectors
  - 47-4040  Hazardous Materials Removal Workers
    - 47-4041  Hazardous Materials Removal Workers
  - 47-4050  Highway Maintenance Workers
    - 47-4051  Highway Maintenance Workers
  - 47-4060  Rail-Track Laying and Maintenance Equipment Operators
    - 47-4061  Rail-Track Laying and Maintenance Equipment Operators
  - 47-4070  Septic Tank Servicers and Sewer Pipe Cleaners
    - 47-4071  Septic Tank Servicers and Sewer Pipe Cleaners
  - 47-4090  Miscellaneous Construction and Related Workers
    - 47-4091  Segmental Pavers
    - 47-4099  Construction and Related Workers, All Other
- 47-5000  Extraction Workers
  - 47-5010  Derrick, Rotary Drill, and Service Unit Operators, Oil and Gas
    - 47-5011  Derrick Operators, Oil and Gas
    - 47-5012  Rotary Drill Operators, Oil and Gas
    - 47-5013  Service Unit Operators, Oil and Gas
  - 47-5020  Surface Mining Machine Operators and Earth Drillers
    - 47-5022  Excavating and Loading Machine and Dragline Operators, Surface Mining
    - 47-5023  Earth Drillers, Except Oil and Gas
  - 47-5030  Explosives Workers, Ordnance Handling Experts, and Blasters
    - 47-5032  Explosives Workers, Ordnance Handling Experts, and Blasters
  - 47-5040  Underground Mining Machine Operators
    - 47-5041  Continuous Mining Machine Operators
    - 47-5043  Roof Bolters, Mining
    - 47-5044  Loading and Moving Machine Operators, Underground Mining
    - 47-5049  Underground Mining Machine Operators, All Other
  - 47-5050  Rock Splitters, Quarry
    - 47-5051  Rock Splitters, Quarry
  - 47-5070  Roustabouts, Oil and Gas
    - 47-5071  Roustabouts, Oil and Gas
  - 47-5080  Helpers--Extraction Workers
    - 47-5081  Helpers--Extraction Workers
  - 47-5090  Miscellaneous Extraction Workers
    - 47-5099  Extraction Workers, All Other

# 49-0000  Installation, Maintenance, and Repair Occupations

- 49-1000  Supervisors of Installation, Maintenance, and Repair Workers
  - 49-1010  First-Line Supervisors of Mechanics, Installers, and Repairers
    - 49-1011  First-Line Supervisors of Mechanics, Installers, and Repairers
- 49-2000  Electrical and Electronic Equipment Mechanics, Installers, and Repairers
  - 49-2010  Computer, Automated Teller, and Office Machine Repairers
    - 49-2011  Computer, Automated Teller, and Office Machine Repairers
  - 49-2020  Radio and Telecommunications Equipment Installers and Repairers
    - 49-2021  Radio, Cellular, and Tower Equipment Installers and Repairers
    - 49-2022  Telecommunications Equipment Installers and Repairers, Except Line Installers
  - 49-2090  Miscellaneous Electrical and Electronic Equipment Mechanics, Installers, and Repairers
    - 49-2091  Avionics Technicians
    - 49-2092  Electric Motor, Power Tool, and Related Repairers
    - 49-2093  Electrical and Electronics Installers and Repairers, Transportation Equipment
    - 49-2094  Electrical and Electronics Repairers, Commercial and Industrial Equipment
    - 49-2095  Electrical and Electronics Repairers, Powerhouse, Substation, and Relay
    - 49-2096  Electronic Equipment Installers and Repairers, Motor Vehicles
    - 49-2097  Audiovisual Equipment Installers and Repairers
    - 49-2098  Security and Fire Alarm Systems Installers
- 49-3000  Vehicle and Mobile Equipment Mechanics, Installers, and Repairers
  - 49-3010  Aircraft Mechanics and Service Technicians
    - 49-3011  Aircraft Mechanics and Service Technicians
  - 49-3020  Automotive Technicians and Repairers
    - 49-3021  Automotive Body and Related Repairers

- 49-3022  Automotive Glass Installers and Repairers
- 49-3023  Automotive Service Technicians and Mechanics
- 49-3030  Bus and Truck Mechanics and Diesel Engine Specialists
  - 49-3031  Bus and Truck Mechanics and Diesel Engine Specialists

    Diagnose, adjust, repair, or overhaul buses and trucks, or maintain and repair any type of diesel engines. Includes mechanics working primarily with automobile or marine diesel engines.

    Illustrative examples: *Biodiesel Engine Specialist , Marine Diesel Technician , School Bus Mechanic , Tractor Trailer Mechanic*

- 49-3040  Heavy Vehicle and Mobile Equipment Service Technicians and Mechanics
  - 49-3041  Farm Equipment Mechanics and Service Technicians
  - 49-3042  Mobile Heavy Equipment Mechanics, Except Engines
  - 49-3043  Rail Car Repairers
- 49-3050  Small Engine Mechanics
  - 49-3051  Motorboat Mechanics and Service Technicians
  - 49-3052  Motorcycle Mechanics
  - 49-3053  Outdoor Power Equipment and Other Small Engine Mechanics
- 49-3090  Miscellaneous Vehicle and Mobile Equipment Mechanics, Installers, and Repairers
  - 49-3091  Bicycle Repairers
  - 49-3092  Recreational Vehicle Service Technicians
  - 49-3093  Tire Repairers and Changers
- 49-9000  Other Installation, Maintenance, and Repair Occupations
  - 49-9010  Control and Valve Installers and Repairers
    - 49-9011  Mechanical Door Repairers
    - 49-9012  Control and Valve Installers and Repairers, Except Mechanical Door
  - 49-9020  Heating, Air Conditioning, and Refrigeration Mechanics and Installers
    - 49-9021  Heating, Air Conditioning, and Refrigeration Mechanics and Installers
  - 49-9030  Home Appliance Repairers
    - 49-9031  Home Appliance Repairers
  - 49-9040  Industrial Machinery Installation, Repair, and Maintenance Workers
    - 49-9041  Industrial Machinery Mechanics
    - 49-9043  Maintenance Workers, Machinery
    - 49-9044  Millwrights
    - 49-9045  Refractory Materials Repairers, Except Brickmasons
  - 49-9050  Line Installers and Repairers
    - 49-9051  Electrical Power-Line Installers and Repairers
    - 49-9052  Telecommunications Line Installers and Repairers
  - 49-9060  Precision Instrument and Equipment Repairers
    - 49-9061  Camera and Photographic Equipment Repairers
    - 49-9062  Medical Equipment Repairers
    - 49-9063  Musical Instrument Repairers and Tuners
    - 49-9064  Watch and Clock Repairers
    - 49-9069  Precision Instrument and Equipment Repairers, All Other
  - 49-9070  Maintenance and Repair Workers, General
    - 49-9071  Maintenance and Repair Workers, General
  - 49-9080  Wind Turbine Service Technicians
    - 49-9081  Wind Turbine Service Technicians
  - 49-9090  Miscellaneous Installation, Maintenance, and Repair Workers
    - 49-9091  Coin, Vending, and Amusement Machine Servicers and Repairers
    - 49-9092  Commercial Divers
    - 49-9094  Locksmiths and Safe Repairers
    - 49-9095  Manufactured Building and Mobile Home Installers
    - 49-9096  Riggers
    - 49-9097  Signal and Track Switch Repairers
    - 49-9098  Helpers--Installation, Maintenance, and Repair Workers
    - 49-9099  Installation, Maintenance, and Repair Workers, All Other

## 51-0000  Production Occupations

- 51-1000  Supervisors of Production Workers
  - 51-1010  First-Line Supervisors of Production and Operating Workers
    - 51-1011  First-Line Supervisors of Production and Operating Workers
- 51-2000  Assemblers and Fabricators
  - 51-2010  Aircraft Structure, Surfaces, Rigging, and Systems Assemblers
    - 51-2011  Aircraft Structure, Surfaces, Rigging, and Systems Assemblers
  - 51-2020  Electrical, Electronics, and Electromechanical Assemblers
    - 51-2021  Coil Winders, Tapers, and Finishers
    - 51-2022  Electrical and Electronic Equipment Assemblers
    - 51-2023  Electromechanical Equipment Assemblers
  - 51-2030  Engine and Other Machine Assemblers
    - 51-2031  Engine and Other Machine Assemblers

- 51-9124   [Coating, Painting, and Spraying Machine Setters, Operators, and Tenders](#)
- 51-9140   Semiconductor Processing Technicians
  - 51-9141   [Semiconductor Processing Technicians](#)
- 51-9150   Photographic Process Workers and Processing Machine Operators
  - 51-9151   [Photographic Process Workers and Processing Machine Operators](#)
- 51-9160   Computer Numerically Controlled Tool Operators and Programmers
  - 51-9161   [Computer Numerically Controlled Tool Operators](#)
  - 51-9162   [Computer Numerically Controlled Tool Programmers](#)
- 51-9190   Miscellaneous Production Workers
  - 51-9191   [Adhesive Bonding Machine Operators and Tenders](#)
  - 51-9192   [Cleaning, Washing, and Metal Pickling Equipment Operators and Tenders](#)
  - 51-9193   [Cooling and Freezing Equipment Operators and Tenders](#)
  - 51-9194   [Etchers and Engravers](#)
  - 51-9195   [Molders, Shapers, and Casters, Except Metal and Plastic](#)
  - 51-9196   [Paper Goods Machine Setters, Operators, and Tenders](#)
  - 51-9197   [Tire Builders](#)
  - 51-9198   [Helpers--Production Workers](#)
  - 51-9199   [Production Workers, All Other](#)

## [53-0000](#)   Transportation and Material Moving Occupations

- 53-1000   Supervisors of Transportation and Material Moving Workers
  - 53-1040   First-Line Supervisors of Transportation and Material Moving Workers
    - 53-1041   [Aircraft Cargo Handling Supervisors](#)
    - 53-1042   [First-Line Supervisors of Helpers, Laborers, and Material Movers, Hand](#)
    - 53-1043   [First-Line Supervisors of Material-Moving Machine and Vehicle Operators](#)
    - 53-1044   [First-Line Supervisors of Passenger Attendants](#)
    - 53-1049   [First-Line Supervisors of Transportation Workers, All Other](#)
- 53-2000   Air Transportation Workers
  - 53-2010   Aircraft Pilots and Flight Engineers
    - 53-2011   [Airline Pilots, Copilots, and Flight Engineers](#)
    - 53-2012   [Commercial Pilots](#)
  - 53-2020   Air Traffic Controllers and Airfield Operations Specialists
    - 53-2021   [Air Traffic Controllers](#)
    - 53-2022   [Airfield Operations Specialists](#)
  - 53-2030   Flight Attendants
    - 53-2031   [Flight Attendants](#)
- 53-3000   Motor Vehicle Operators
  - 53-3010   Ambulance Drivers and Attendants, Except Emergency Medical Technicians
    - 53-3011   [Ambulance Drivers and Attendants, Except Emergency Medical Technicians](#)
  - 53-3030   Driver/Sales Workers and Truck Drivers
    - 53-3031   [Driver/Sales Workers](#)
    - 53-3032   [Heavy and Tractor-Trailer Truck Drivers](#)

      Drive a tractor-trailer combination or a truck with a capacity of at least 26,001 pounds Gross Vehicle Weight (GVW). May be required to unload truck. Requires commercial drivers' license. Includes tow truck drivers. Excludes "Refuse and Recyclable Material Collectors" (53-7081).

      Illustrative examples: *Auto Carrier Driver* , *Cement Truck Driver* , *Dump Truck Driver* , *Garbage Truck Driver*

    - 53-3033   [Light Truck Drivers](#)

      Drive a light vehicle, such as a truck or van, with a capacity of less than 26,001 pounds Gross Vehicle Weight (GVW), primarily to pick up merchandise or packages from a distribution center and deliver. May load and unload vehicle. Excludes "Couriers and Messengers" (43-5021) and "Driver/Sales Workers" (53-3031).

      Illustrative examples: *Grocery Light Truck Driver* , *Parcel Truck Driver*

  - 53-3050   Passenger Vehicle Drivers
    - 53-3051   [Bus Drivers, School](#)
    - 53-3052   [Bus Drivers, Transit and Intercity](#)
    - 53-3053   [Shuttle Drivers and Chauffeurs](#)
    - 53-3054   [Taxi Drivers](#)
  - 53-3090   Miscellaneous Motor Vehicle Operators
    - 53-3099   [Motor Vehicle Operators, All Other](#)
- 53-4000   Rail Transportation Workers
  - 53-4010   Locomotive Engineers and Operators
    - 53-4011   [Locomotive Engineers](#)
    - 53-4013   [Rail Yard Engineers, Dinkey Operators, and Hostlers](#)
  - 53-4020   Railroad Brake, Signal, and Switch Operators and Locomotive Firers
    - 53-4022   [Railroad Brake, Signal, and Switch Operators and Locomotive Firers](#)
  - 53-4030   Railroad Conductors and Yardmasters
    - 53-4031   [Railroad Conductors and Yardmasters](#)
  - 53-4040   Subway and Streetcar Operators
    - 53-4041   [Subway and Streetcar Operators](#)

6/5/23, 3:50 PM

Case 6:21-cv-03741-RRS-DJA Document 103-12 2018 Standard Occupational Classification System U.S. Bureau of Labor Statistics Filed 06/30/23 Page 8 of 9 PageID #: 2945

- 53-4090 Miscellaneous Rail Transportation Workers
  - 53-4099 Rail Transportation Workers, All Other
- 53-5000 Water Transportation Workers
  - 53-5010 Sailors and Marine Oilers
    - 53-5011 Sailors and Marine Oilers
  - 53-5020 Ship and Boat Captains and Operators
    - 53-5021 Captains, Mates, and Pilots of Water Vessels
    - 53-5022 Motorboat Operators
  - 53-5030 Ship Engineers
    - 53-5031 Ship Engineers
- 53-6000 Other Transportation Workers
  - 53-6010 Bridge and Lock Tenders
    - 53-6011 Bridge and Lock Tenders
  - 53-6020 Parking Attendants
    - 53-6021 Parking Attendants
  - 53-6030 Transportation Service Attendants
    - 53-6031 Automotive and Watercraft Service Attendants
    - 53-6032 Aircraft Service Attendants
  - 53-6040 Traffic Technicians
    - 53-6041 Traffic Technicians
  - 53-6050 Transportation Inspectors
    - 53-6051 Transportation Inspectors
  - 53-6060 Passenger Attendants
    - 53-6061 Passenger Attendants
  - 53-6090 Miscellaneous Transportation Workers
    - 53-6099 Transportation Workers, All Other
- 53-7000 Material Moving Workers
  - 53-7010 Conveyor Operators and Tenders
    - 53-7011 Conveyor Operators and Tenders
  - 53-7020 Crane and Tower Operators
    - 53-7021 Crane and Tower Operators
  - 53-7030 Dredge Operators
    - 53-7031 Dredge Operators
  - 53-7040 Hoist and Winch Operators
    - 53-7041 Hoist and Winch Operators
  - 53-7050 Industrial Truck and Tractor Operators
    - 53-7051 Industrial Truck and Tractor Operators
  - 53-7060 Laborers and Material Movers
    - 53-7061 Cleaners of Vehicles and Equipment
    - 53-7062 Laborers and Freight, Stock, and Material Movers, Hand
    - 53-7063 Machine Feeders and Offbearers
    - 53-7064 Packers and Packagers, Hand
    - 53-7065 Stockers and Order Fillers
  - 53-7070 Pumping Station Operators
    - 53-7071 Gas Compressor and Gas Pumping Station Operators
    - 53-7072 Pump Operators, Except Wellhead Pumpers
    - 53-7073 Wellhead Pumpers
  - 53-7080 Refuse and Recyclable Material Collectors
    - 53-7081 Refuse and Recyclable Material Collectors
  - 53-7120 Tank Car, Truck, and Ship Loaders
    - 53-7121 Tank Car, Truck, and Ship Loaders
  - 53-7190 Miscellaneous Material Moving Workers
    - 53-7199 Material Moving Workers, All Other

## 55-0000  Military Specific Occupations

- 55-1000 Military Officer Special and Tactical Operations Leaders
  - 55-1010 Military Officer Special and Tactical Operations Leaders
    - 55-1011 Air Crew Officers
    - 55-1012 Aircraft Launch and Recovery Officers
    - 55-1013 Armored Assault Vehicle Officers
    - 55-1014 Artillery and Missile Officers
    - 55-1015 Command and Control Center Officers
    - 55-1016 Infantry Officers
    - 55-1017 Special Forces Officers
    - 55-1019 Military Officer Special and Tactical Operations Leaders, All Other
- 55-2000 First-Line Enlisted Military Supervisors
  - 55-2010 First-Line Enlisted Military Supervisors
    - 55-2011 First-Line Supervisors of Air Crew Members
    - 55-2012 First-Line Supervisors of Weapons Specialists/Crew Members

- 55-2013 First-Line Supervisors of All Other Tactical Operations Specialists
- 55-3000 Military Enlisted Tactical Operations and Air/Weapons Specialists and Crew Members
  - 55-3010 Military Enlisted Tactical Operations and Air/Weapons Specialists and Crew Members
    - 55-3011 Air Crew Members
    - 55-3012 Aircraft Launch and Recovery Specialists
    - 55-3013 Armored Assault Vehicle Crew Members
    - 55-3014 Artillery and Missile Crew Members
    - 55-3015 Command and Control Center Specialists
    - 55-3016 Infantry
    - 55-3018 Special Forces
    - 55-3019 Military Enlisted Tactical Operations and Air/Weapons Specialists and Crew Members, All Other

U.S. BUREAU OF LABOR STATISTICS  Division of Occupational Employment Statistics  PSB Suite 2135  2 Massachusetts Avenue NE Washington, DC 20212-0001

Telephone:1-202-691-6500_  www.bls.gov/SOC  Contact SOC