# EXHIBIT BB

OEWS  Prevailing Wage Rates, including "Mean Wage (H-2B)" for:

- **SOC Code 53-3032, Heavy and Tractor-Trailer Truck Drivers**

- for Southwest Louisiana nonmetropolitan areas (including St. Mary Parish)

- for each of periods covering July 2018 through June 2022

# Online Wage Library - FLC Wage Search Results

Monday, May 15, 2023   New Quick Search   New Search Wizard

You selected the All Industries database for 7/2018 - 6/2019. Your search returned the following:

| | |
|---|---|
| **Area Code:** | 2200004 |
| **Area Title:** | Southwest Louisiana nonmetropolitan area |
| **GeoLevel:** | 1 |
| **OES/SOC Code:** | 53-3032 |
| **OES/SOC Title:** | Heavy and Tractor-Trailer Truck Drivers |
| **Level 1 Wage:** | $14.83 hour - $30,846 year |
| **Level 2 Wage:** | $17.62 hour - $36,650 year |
| **Level 3 Wage:** | $20.42 hour - $42,474 year |
| **Level 4 Wage:** | $23.21 hour - $48,277 year |
| **Mean Wage (H-2B):** | $20.42 hour - $42,474 year |

This wage applies to the following O\*NET occupations:
**53-3032.00 Heavy and Tractor-Trailer Truck Drivers**

> Drive a tractor-trailer combination or a truck with a capacity of at least 26,000 pounds Gross Vehicle Weight (GVW). May be required to unload truck. Requires commercial drivers' license.
> O\*NET JobZone: 2 -- Education & Training Code: 6-High School diploma

**The offered wage must be at, or above the federal or state or local minimum wage, whichever is higher. The federal minimum wage is $7.25/hr effective July 24, 2009.**

# Online Wage Library - FLC Wage Search Results

Monday, May 15, 2023    New Quick Search    New Search Wizard

You selected the All Industries database for 7/2019 - 6/2020. Your search returned the following:

| | |
|---|---|
| **Area Code:** | 2200006 |
| **Area Title:** | Southwest Louisiana nonmetropolitan area |
| **GeoLevel:** | 1 |
| **OES/SOC Code:** | 53-3032 |
| **OES/SOC Title:** | Heavy and Tractor-Trailer Truck Drivers |
| **Level 1 Wage:** | $15.32 hour - $31,866 year |
| **Level 2 Wage:** | $17.42 hour - $36,234 year |
| **Level 3 Wage:** | $19.52 hour - $40,602 year |
| **Level 4 Wage:** | $21.62 hour - $44,970 year |
| **Mean Wage (H-2B):** | $19.52 hour - $40,602 year |

This wage applies to the following O*NET occupations:
**53-3032.00 Heavy and Tractor-Trailer Truck Drivers**

> Drive a tractor-trailer combination or a truck with a capacity of at least 26,000 pounds Gross Vehicle Weight (GVW). May be required to unload truck. Requires commercial drivers' license.
> O*NET JobZone: 2 -- Education & Training Code: 6-High School diploma

**The offered wage must be at, or above the federal or state or local minimum wage, whichever is higher. The federal minimum wage is $7.25/hr effective July 24, 2009.**

## Online Wage Library - FLC Wage Search Results

Monday, May 15, 2023    New Quick Search    New Search Wizard

You selected the All Industries database for 7/2020 - 6/2021. Your search returned the following:

| | |
|---|---|
| **Area Code:** | 2200006 |
| **Area Title:** | Southwest Louisiana nonmetropolitan area |
| **GeoLevel:** | 1 |
| **OES/SOC Code:** | 53-3032 |
| **OES/SOC Title:** | Heavy and Tractor-Trailer Truck Drivers |
| **Level 1 Wage:** | $15.77 hour - $32,802 year |
| **Level 2 Wage:** | $18.05 hour - $37,544 year |
| **Level 3 Wage:** | $20.32 hour - $42,266 year |
| **Level 4 Wage:** | $22.60 hour - $47,008 year |
| **Mean Wage (H-2B):** | $20.33 hour - $42,286 year |

This wage applies to the following O*NET occupations:
**53-3032.00 Heavy and Tractor-Trailer Truck Drivers**

Drive a tractor-trailer combination or a truck with a capacity of at least 26,000 pounds Gross Vehicle Weight (GVW). May be required to unload truck. Requires commercial drivers' license.
O*NET JobZone: 2 -- Education & Training Code: 6-High School diploma

**The offered wage must be at, or above the federal or state or local minimum wage, whichever is higher. The federal minimum wage is $7.25/hr effective July 24, 2009.**

## Online Wage Library - FLC Wage Search Results

Monday, May 15, 2023    New Quick Search    New Search Wizard

You selected the All Industries database for 7/2021 - 6/2022. Your search returned the following:

| | |
|---|---|
| **Area Code:** | 2200006 |
| **Area Title:** | Southwest Louisiana nonmetropolitan area |
| **GeoLevel:** | 1 |
| **OES/SOC Code:** | 53-3032 |
| **OES/SOC Title:** | Heavy and Tractor-Trailer Truck Drivers |
| **Level 1 Wage:** | $13.42 hour - $27,914 year |
| **Level 2 Wage:** | $16.59 hour - $34,507 year |
| **Level 3 Wage:** | $19.76 hour - $41,101 year |
| **Level 4 Wage:** | $22.93 hour - $47,694 year |
| **Mean Wage (H-2B):** | $19.76 hour - $41,101 year |

This wage applies to the following O*NET occupations:
**53-3032.00 Heavy and Tractor-Trailer Truck Drivers**

> Drive a tractor-trailer combination or a truck with a capacity of at least 26,000 pounds Gross Vehicle Weight (GVW). May be required to unload truck. Requires commercial drivers' license.
> O*NET JobZone: 2 -- Education & Training Code: 6-High School diploma

**The offered wage must be at, or above the federal or state or local minimum wage, whichever is higher. The federal minimum wage is $7.25/hr effective July 24, 2009.**

OEWS  Prevailing Wage Rates, including "Mean Wage (H-2B)" for:

- **SOC Code 53-3033, Light Truck or Delivery Services Drivers**

- for Southwest Louisiana nonmetropolitan areas (including St. Mary Parish)

- for each of periods covering July 2018 through June 2022

# Online Wage Library - FLC Wage Search Results

Monday, May 15, 2023   New Quick Search   New Search Wizard

You selected the All Industries database for 7/2018 - 6/2019. Your search returned the following:

| | |
|---|---|
| **Area Code:** | 2200004 |
| **Area Title:** | Southwest Louisiana nonmetropolitan area |
| **GeoLevel:** | 1 |
| **OES/SOC Code:** | 53-3033 |
| **OES/SOC Title:** | Light Truck or Delivery Services Drivers |
| **Level 1 Wage:** | $10.24 hour - $21,299 year |
| **Level 2 Wage:** | $14.25 hour - $29,640 year |
| **Level 3 Wage:** | $18.25 hour - $37,960 year |
| **Level 4 Wage:** | $22.26 hour - $46,301 year |
| **Mean Wage (H-2B):** | $18.26 hour - $37,981 year |

This wage applies to the following O*NET occupations:
**53-3033.00 Light Truck or Delivery Services Drivers**

> Drive a light vehicle, such as a truck or van, with a capacity of less than 26,000 pounds Gross Vehicle Weight (GVW), primarily to deliver or pick up merchandise or to deliver packages. May load and unload vehicle.
> O*NET JobZone: 2 -- Education & Training Code: 6-High School diploma

**The offered wage must be at, or above the federal or state or local minimum wage, whichever is higher. The federal minimum wage is $7.25/hr effective July 24, 2009.**

## Online Wage Library - FLC Wage Search Results

Monday, May 15, 2023    New Quick Search    New Search Wizard

You selected the All Industries database for 7/2019 - 6/2020. Your search returned the following:

| | |
|---|---|
| **Area Code:** | 2200006 |
| **Area Title:** | Southwest Louisiana nonmetropolitan area |
| **GeoLevel:** | 1 |
| **OES/SOC Code:** | 53-3033 |
| **OES/SOC Title:** | Light Truck or Delivery Services Drivers |
| **Level 1 Wage:** | $10.13 hour - $21,070 year |
| **Level 2 Wage:** | $12.64 hour - $26,291 year |
| **Level 3 Wage:** | $15.14 hour - $31,491 year |
| **Level 4 Wage:** | $17.65 hour - $36,712 year |
| **Mean Wage (H-2B):** | $15.15 hour - $31,512 year |

This wage applies to the following O*NET occupations:
**53-3033.00 Light Truck or Delivery Services Drivers**

> Drive a light vehicle, such as a truck or van, with a capacity of less than 26,000 pounds Gross Vehicle Weight (GVW), primarily to deliver or pick up merchandise or to deliver packages. May load and unload vehicle.
> O*NET JobZone: 2 -- Education & Training Code: 6-High School diploma

**The offered wage must be at, or above the federal or state or local minimum wage, whichever is higher. The federal minimum wage is $7.25/hr effective July 24, 2009.**

## Online Wage Library - FLC Wage Search Results

Monday, May 15, 2023  New Quick Search  New Search Wizard

You selected the All Industries database for 7/2020 - 6/2021. Your search returned the following:

| | |
|---|---|
| **Area Code:** | 2200006 |
| **Area Title:** | Southwest Louisiana nonmetropolitan area |
| **GeoLevel:** | 1 |
| **OES/SOC Code:** | 53-3033 |
| **OES/SOC Title:** | Light Truck or Delivery Services Drivers |
| **Level 1 Wage:** | $10.29 hour - $21,403 year |
| **Level 2 Wage:** | $12.38 hour - $25,750 year |
| **Level 3 Wage:** | $14.47 hour - $30,098 year |
| **Level 4 Wage:** | $16.56 hour - $34,445 year |
| **Mean Wage (H-2B):** | $14.47 hour - $30,098 year |

This wage applies to the following O*NET occupations:
**53-3033.00 Light Truck or Delivery Services Drivers**

Drive a light vehicle, such as a truck or van, with a capacity of less than 26,000 pounds Gross Vehicle Weight (GVW), primarily to deliver or pick up merchandise or to deliver packages. May load and unload vehicle.
O*NET JobZone: 2 -- Education & Training Code: 6-High School diploma

**The offered wage must be at, or above the federal or state or local minimum wage, whichever is higher. The federal minimum wage is $7.25/hr effective July 24, 2009.**

# Online Wage Library - FLC Wage Search Results

Monday, May 15, 2023   New Quick Search   New Search Wizard

You selected the All Industries database for 7/2021 - 6/2022. Your search returned the following:

| | |
|---|---|
| **Area Code:** | 2200006 |
| **Area Title:** | Southwest Louisiana nonmetropolitan area |
| **GeoLevel:** | 1 |
| **OES/SOC Code:** | 53-3033 |
| **OES/SOC Title:** | Light Truck or Delivery Services Drivers |
| **Level 1 Wage:** | $10.06 hour - $20,925 year |
| **Level 2 Wage:** | $12.80 hour - $26,624 year |
| **Level 3 Wage:** | $15.54 hour - $32,323 year |
| **Level 4 Wage:** | $18.28 hour - $38,022 year |
| **Mean Wage (H-2B):** | $15.54 hour - $32,323 year |

This wage applies to the following O*NET occupations:
**53-3033.00 Light Truck or Delivery Services Drivers**

Drive a light vehicle, such as a truck or van, with a capacity of less than 26,000 pounds Gross Vehicle Weight (GVW), primarily to deliver or pick up merchandise or to deliver packages. May load and unload vehicle.
O*NET JobZone: 2 -- Education & Training Code: 6-High School diploma

**The offered wage must be at, or above the federal or state or local minimum wage, whichever is higher. The federal minimum wage is $7.25/hr effective July 24, 2009.**

OEWS  Prevailing Wage Rates, including "Mean Wage (H-2B)" for:
- **SOC Code 49-3031 Bus and Truck Mechanics and Diesel Engine Specialists**
- for Southwest Louisiana nonmetropolitan areas (including St. Mary Parish)
- for each of periods covering July 2020 through June 2022

## Online Wage Library - FLC Wage Search Results

Monday, May 15, 2023    New Quick Search    New Search Wizard

You selected the All Industries database for 7/2020 - 6/2021. Your search returned the following:

| | |
|---|---|
| **Area Code:** | 2200006 |
| **Area Title:** | Southwest Louisiana nonmetropolitan area |
| **GeoLevel:** | 1 |
| **OES/SOC Code:** | 49-3031 |
| **OES/SOC Title:** | Bus and Truck Mechanics and Diesel Engine Specialists |
| **Level 1 Wage:** | $11.28 hour - $23,462 year |
| **Level 2 Wage:** | $15.37 hour - $31,970 year |
| **Level 3 Wage:** | $19.45 hour - $40,456 year |
| **Level 4 Wage:** | $23.54 hour - $48,963 year |
| **Mean Wage (H-2B):** | $19.46 hour - $40,477 year |

This wage applies to the following O*NET occupations:
**49-3031.00 Bus and Truck Mechanics and Diesel Engine Specialists**

> Diagnose, adjust, repair, or overhaul buses and trucks, or maintain and repair any type of diesel engines. Includes mechanics working primarily with automobile or marine diesel engines.
> O*NET JobZone: 3 -- Education & Training Code: 6-High School diploma

**The offered wage must be at, or above the federal or state or local minimum wage, whichever is higher. The federal minimum wage is $7.25/hr effective July 24, 2009.**

## Online Wage Library - FLC Wage Search Results

Monday, May 15, 2023    New Quick Search    New Search Wizard

You selected the All Industries database for 7/2021 - 6/2022. Your search returned the following:

| | |
|---|---|
| **Area Code:** | 2200006 |
| **Area Title:** | Southwest Louisiana nonmetropolitan area |
| **GeoLevel:** | 1 |
| **OES/SOC Code:** | 49-3031 |
| **OES/SOC Title:** | Bus and Truck Mechanics and Diesel Engine Specialists |
| **Level 1 Wage:** | $12.29 hour - $25,563 year |
| **Level 2 Wage:** | $15.95 hour - $33,176 year |
| **Level 3 Wage:** | $19.62 hour - $40,810 year |
| **Level 4 Wage:** | $23.28 hour - $48,422 year |
| **Mean Wage (H-2B):** | $19.62 hour - $40,810 year |

This wage applies to the following O\*NET occupations:
**49-3031.00 Bus and Truck Mechanics and Diesel Engine Specialists**

Diagnose, adjust, repair, or overhaul buses and trucks, or maintain and repair any type of diesel engines. Includes mechanics working primarily with automobile or marine diesel engines.
O\*NET JobZone: 3 -- Education & Training Code: 6-High School diploma

**The offered wage must be at, or above the federal or state or local minimum wage, whichever is higher. The federal minimum wage is $7.25/hr effective July 24, 2009.**