# EXHIBIT 2



# UNITED STATES DEPARTMENT OF LABOR
Employment & Training Administration

A to Z | Site Map | FAQs | Forms | About DOL | Contact Us | Español    ETA Home > Fc
Certification

Enter Search Term    Search

ETA Home | Find Job & Career Info | Business & Industry | Workforce Professionals | Grants & Contracts | TAA Program | Foreign Labor Certification | Performance & Results | Regions & States

## Foreign Labor Certification

### *Helping U.S. employers fill jobs while protecting U.S. and foreign workers*

About Foreign Labor Certification

Hiring foreign workers for employment in the U.S. normally requires approval from several government agencies. First, employers must seek labor certification through the U.S. Department of Labor (DOL). Once the application is certified (approved), the employer must petition the U.S. Citizenship and Immigration Services (CIS) for a visa. Approval by DOL does not guarantee a visa issuance. The Department of State (DOS) will issue an immigrant visa number to the foreign worker for U.S. entry. Applicants must also establish that they are admissible to the U.S. under the provisions of the Immigration and Nationality Act (INA).

The foreign labor certification process is the responsibility of the employer, not the employee; however, the employee can benefit from understanding these programs. The actual procedures depend on the nature of the visa being requested: Permanent, H-1B, H-2A, H-2B, D-1.

Although each foreign labor certification program is unique, there are similar requirements that the employer must complete prior to the issuance of a labor certification. In general, the employer will be required to complete these basic steps to obtain a labor certification:



1. The employer must ensure that the position meets the qualifying criteria for the requested program.
2. The employer must complete the ETA form designated for the requested program. This may include the form and any supporting documentation (e.g., job description, resume of the applicant, etc.).
3. The employer must ensure that the wage offered equals or exceeds the prevailing wage for the occupation in the area of intended employment.
4. The employer must ensure that the compliance issues effected upon receipt of a foreign labor certification are completely understood.
5. The completed ETA form is submitted to the designated Department of Labor office for the requested program (e.g., SWA, processing center or the national office).
6. The employer is notified of the determination of the Department of Labor.

---

Created: July 29, 2009                                      Updated: January 06, 2020

U.S. Department of Labor | 200 Constitution Ave NW, Washington, DC 20210
www.dol.gov | Telephone: 1-877-US-2JOBS (1-877-872-5627) | TTY | Contact Us