# EXHIBIT 3



**U.S. Citizenship and Immigration Services**

MENU

Home > Working in the United States > Temporary Workers > H-2A Temporary Agricultural Workers

# H-2A Temporary Agricultural Workers

The H-2A program allows U.S. employers or U.S. agents who meet specific regulatory requirements to bring foreign nationals to the United States to fill temporary agricultural jobs. A U.S. employer, a U.S. agent as described in the regulations, or an association of U.S. agricultural producers named as a joint employer must file Form I-129, Petition for a Nonimmigrant Worker, on a prospective worker's behalf.

↙ Close All      ↗ Open All

## Who May Qualify for H-2A Classification?

To qualify for H-2A nonimmigrant classification, the petitioner must:

- Offer a job that is of a temporary or seasonal nature.

- Demonstrate that there are not enough U.S. workers who are able, willing, qualified, and available to do the temporary work.

- Show that employing H-2A workers will not adversely affect the wages and working conditions of similarly employed U.S. workers.

- Generally, submit a single valid temporary labor certification from the U.S. Department of Labor with the H-2A petition. (A limited exception to this requirement exists in certain "emergent circumstances."See e.g., 8 CFR 214.2(h)(5)(x) for specific details.)

## H-2A Program Process

- ***Step 1****: Petitioner submits temporary labor certification application to the U.S. Department of Labor (DOL).*  Before requesting H-2A classification from USCIS, the petitioner must apply for and receive a temporary labor certification for H-2A workers from DOL. For further information regarding the temporary labor certification requirements and process, see the Foreign Labor Certification, Department of Labor Web page.

- ***Step 2****: Petitioner submits Form I-129 to USCIS.* After receiving a temporary labor certification for H-2A employment from DOL, the petitioner must file Form I-129 with USCIS. With limited exceptions, the petitioner must submit original temporary labor certification as initial evidence with Form I-129. (See the instructions to Form I-129 for additional filing requirements.)

- **Step 3**: *Prospective workers outside the United States apply for visa and/or admission*. After USCIS approves Form I-129, prospective H-2A workers who are outside the United States must:

    - Apply for an H-2A visa with the U.S. Department of State (DOS) at a U.S. Embassy or Consulate abroad and then seek admission to the United States with U.S. Customs and Border Protection (CBP) at a U.S. port of entry; or

    - Directly seek admission to the United States in H-2A classification with CBP at a U.S. port of entry, if a worker does not require a visa in cases where an H-2A visa is not required.

H-2A Eligible Countries List ⌄

Period of Stay ⌄

Family of H-2A Workers ⌄

Employment-Related Notifications to USCIS ⌄

Fee-Related Notifications to USCIS ⌄

Inquiring About a Pending H-2A Petition ⌄

Other USCIS Resources ⌄

⤡ Close All  ⤢ Open All

Last Reviewed/Updated: 11/08/2023