# EXHIBIT 4



# Petition for a Nonimmigrant Worker

### Department of Homeland Security
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-129**
OMB No. 1615-0009
Expires 11/30/2025

| For USCIS Use Only | Receipt | Partial Approval (explain) | Action Block |
|---|---|---|---|

Class: _____
No. of Workers: _____
Job Code: _____
Validity Dates: _____
From: _____
To: _____

☐ **Classification Approved**
☐ Consulate/POE/PFI Notified
At: _____
☐ Extension Granted
☐ COS/Extension Granted

► **START HERE - Type or print in black ink.**

## Part 1.    Petitioner Information

If you are an individual filing this petition, complete **Item Number 1.  If you are a company or an organization filing this petition,** complete **Item Number 2**.

**1.    Legal Name of Individual Petitioner**

Family Name (Last Name)

Given Name (First Name)

Middle Name

**2.    Company or Organization Name**

**3.     Mailing Address of Individual, Company or Organization**      *(USPS ZIP Code Lookup)*

In Care Of Name

Street Number and Name

Apt. Ste. Flr. ☐ ☐ ☐   Number

City or Town

State ▼   ZIP Code

Province

Postal Code

Country

**4.    Contact Information**

Daytime Telephone Number

Mobile Telephone Number

Email Address (if any)

**5.    Other Information**

Federal Employer Identification Number (FEIN)
►

Individual IRS Tax Number
►

U.S. Social Security Number (if any)
►

## Part 2. Information About This Petition (See instructions for fee information)

1. **Requested Nonimmigrant Classification** (Write classification symbol):

2. **Basis for Classification** (select **only one** box)**:**

   ☐ **a.** New employment.

   ☐ **b.** Continuation of previously approved employment without change with the same employer.

   ☐ **c.** Change in previously approved employment.

   ☐ **d.** New concurrent employment.

   ☐ **e.** Change of employer.

   ☐ **f.** Amended petition.

3. **Provide the most recent petition/application receipt number for the beneficiary. If none exists, indicate "None."** ▶

4. **Requested Action** (select **only one** box)**:**

   ☐ **a.** Notify the office in **Part 4.** so each beneficiary can obtain a visa or be admitted. (**NOTE:** A petition is not required for E-1, E-2, E-3, H-1B1 Chile/Singapore, or TN visa beneficiaries.)

   ☐ **b.** Change the status and extend the stay of each beneficiary because the beneficiary(ies) is/are now in the United States in another status (see instructions for limitations). This is available only when you check "New Employment" in **Item Number 2.**, above.

   ☐ **c.** Extend the stay of each beneficiary because the beneficiary(ies) now hold(s) this status.

   ☐ **d.** Amend the stay of each beneficiary because the beneficiary(ies) now hold(s) this status.

   ☐ **e.** Extend the status of a nonimmigrant classification based on a free trade agreement. (See Trade Agreement Supplement to Form I-129 for TN and H-1B1.)

   ☐ **f.** Change status to a nonimmigrant classification based on a free trade agreement. (See Trade Agreement Supplement to Form I-129 for TN and H-1B1.)

5. **Total number of workers included in this petition.** (See instructions relating to when more than one worker can be included.) ▶

## Part 3. Beneficiary Information (Information about the beneficiary/beneficiaries you are filing for. Complete the blocks below. Use the Attachment-1 sheet to name each beneficiary included in this petition.)

1. **If an Entertainment Group, Provide the Group Name**

2. **Provide Name of Beneficiary**

   | Family Name (Last Name) | Given Name (First Name) | Middle Name |
   |---|---|---|
   | | | |

3. **Provide all other names the beneficiary has used.** Include nicknames, aliases, maiden name, and names from all previous marriages**.**

   | Family Name (Last Name) | Given Name (First Name) | Middle Name |
   |---|---|---|
   | | | |
   | | | |
   | | | |

4. **Other Information**

   Date of birth (mm/dd/yyyy)     Gender     U.S. Social Security Number (if any)

   ☐ Male     ☐ Female     ▶

Form I-129   Edition  05/31/23     Page 2 of 36

**Part 3.  Beneficiary Information**  (Information about the beneficiary/beneficiaries you are filing for.  Complete the blocks below.  Use the Attachment-1 sheet to name each beneficiary included in this petition.) (continued)

Alien Registration Number (A-Number)

► **A-**

Country of Birth

Province of Birth

Country of Citizenship or Nationality

5.    **If the beneficiary is in the United States, complete the following:**

Date of Last Arrival (mm/dd/yyyy)

I-94 Arrival-Departure Record Number

►

Passport or Travel Document Number

Date Passport or Travel Document Issued (mm/dd/yyyy)

Date Passport or Travel Document Expires (mm/dd/yyyy)

Passport or Travel Document Country of Issuance

Current Nonimmigrant Status

Date Status Expires or D/S (mm/dd/yyyy)

Student and Exchange Visitor Information System (SEVIS) Number (if any)

Employment Authorization Document (EAD) Number (if any)

6.    **Current Residential U.S. Address** (if applicable) (do not list a P.O. Box)

Street Number and Name

Apt. Ste. Flr.  ☐ ☐ ☐  Number

City or Town

State ▼

ZIP Code

**Part 4.  Processing Information**

1.    If a beneficiary or beneficiaries named in **Part 3.** is/are outside the United States, or a requested extension of stay or change of status cannot be granted, state the U.S. Consulate or inspection facility you want notified if this petition is approved.

    **a. Type of Office** (select only one box)**:**  ☐ Consulate  ☐ Pre-flight inspection  ☐ Port of Entry

    **b. Office Address (City)**

    **c. U.S. State or Foreign Country**

    **d. Beneficiary's Foreign Address**

Street Number and Name

Apt.Ste. Flr.  ☐ ☐ ☐  Number

City or Town

State

Province

Postal Code

Country

2.    Does each person in this petition have a valid passport?  ☐ Yes  ☐ No.  If no, go to **Part 9.** and type or print your explanation.

Form I-129   Edition  05/31/23

Page 3 of 36

## Part 4. Processing Information (continued)

**3.** Are you filing any other petitions with this one?

☐ Yes. If yes, how many? ▶ [_____]          ☐ No

**4.** Are you filing any applications for replacement/initial I-94, Arrival-Departure Records with this petition? Note that if the beneficiary was issued an electronic Form I-94 by CBP when he/she was admitted to the United States at an air or sea port, he/she may be able to obtain the Form I-94 from the CBP Website at **www.cbp.gov/i94** instead of filing an application for a replacement/initial I-94.

☐ Yes. If yes, how many? ▶ [_____]          ☐ No

**5.** Are you filing any applications for dependents with this petition?

☐ Yes. If yes, how many? ▶ [_____]          ☐ No

**6.** Is any beneficiary in this petition in removal proceedings?

☐ Yes. If yes, proceed to **Part 9.** and list the beneficiary's(ies) name(s).          ☐ No

**7.** Have you ever filed an immigrant petition for any beneficiary in this petition?

☐ Yes. If yes, how many? ▶ [_____]          ☐ No

**8.** Did you indicate you were filing a new petition in **Part 2.**?

☐ Yes. If yes, answer the questions below.          ☐ No. If no, proceed to **Item Number 9.**

   **a.** Has any beneficiary in this petition ever been given the classification you are now requesting within the last seven years?

     ☐ Yes. If yes, proceed to **Part 9.** and type or print your explanation. ☐ No

   **b.** Has any beneficiary in this petition ever been denied the classification you are now requesting within the last seven years?

     ☐ Yes. If yes, proceed to **Part 9.** and type or print your explanation. ☐ No

**9.** Have you ever previously filed a nonimmigrant petition for this beneficiary?

☐ Yes. If yes, proceed to **Part 9.** and type or print your explanation.          ☐ No

**10.** If you are filing for an entertainment group, has any beneficiary in this petition not been with the group for at least one year?

☐ Yes. If yes, proceed to **Part 9.** and type or print your explanation.          ☐ No

**11.a.** Has any beneficiary in this petition ever been a J-1 exchange visitor or J-2 dependent of a J-1 exchange visitor?

☐ Yes. If yes, proceed to **Item Number 11.b.**          ☐ No

**11.b.** If you checked yes in **Item Number 11.a.**, provide the dates the beneficiary maintained status as a J-1 exchange visitor or J-2 dependent. Also, provide evidence of this status by attaching a copy of either a DS-2019, Certificate of Eligibility for Exchange Visitor (J-1) Status, a Form IAP-66, or a copy of the passport that includes the J visa stamp.

[_____]

## Part 5. Basic Information About the Proposed Employment and Employer

Attach the Form I-129 supplement relevant to the classification of the worker(s) you are requesting.

**1.** Job Title

[_____]

**2.** LCA or ETA Case Number

[_____]

## Part 5.  Basic Information About the Proposed Employment and Employer (continued)

**3.** Address where the beneficiary(ies) will work if different from address in **Part 1.**

Street Number and Name

Apt. Ste. Flr.    Number

City or Town

State    ZIP Code

**4.** Did you include an itinerary with the petition? ☐ Yes ☐ No

**5.** Will the beneficiary(ies) work for you off-site at another company or organization's location? ☐ Yes ☐ No

**6.** Will the beneficiary(ies) work exclusively in the Commonwealth of the Northern Mariana Islands (CNMI)? ☐ Yes ☐ No

**7.** Is this a full-time position? ☐ Yes ☐ No

**8.** If the answer to **Item Number 7.** is no, how many hours per week for the position? ▶

**9.** Wages: **$** per (Specify hour, week, month, or year) ▶

**10.** Other Compensation (Explain)

**11.** Dates of intended employment  From: (mm/dd/yyyy)    To: (mm/dd/yyyy)

**12.** Type of Business    **13.** Year Established

**14.** Current Number of Employees in the United States    **15.** Gross Annual Income    **16.** Net Annual Income

**Part 6.  Certification Regarding the Release of Controlled Technology or Technical Data to Foreign Persons in the United States**

(This section of the form is required only for H-1B, H-1B1 Chile/Singapore, L-1, and O-1A petitions.  It is not required for any other classifications.  Please review the Form I-129 General Filing Instructions before completing this section.)

**Select Item Number 1. or Item Number 2. as appropriate.  DO NOT select both boxes.**

With respect to the technology or technical data the petitioner will release or otherwise provide access to the beneficiary, the petitioner certifies that it has reviewed the Export Administration Regulations (EAR) and the International Traffic in Arms Regulations (ITAR) and has determined that:

1. ☐ A license is not required from either the U.S. Department of Commerce or the U.S. Department of State to release such technology or technical data to the foreign person; or

2. ☐ A license is required from the U.S. Department of Commerce and/or the U.S. Department of State to release such technology or technical data to the beneficiary and the petitioner will prevent access to the controlled technology or technical data by the beneficiary until and unless the petitioner has received the required license or other authorization to release it to the beneficiary.

**Part 7.  Declaration, Signature, and Contact Information of Petitioner or Authorized Signatory** (Read the information on penalties in the instructions before completing this section.)

Copies of any documents submitted are exact photocopies of unaltered, original documents, and I understand that, as the petitioner, I may be required to submit original documents to U.S. Citizenship and Immigration Services (USCIS) at a later date.

I authorize the release of any information from my records, or from the petitioning organization's records that USCIS needs to determine eligibility for the immigration benefit sought.  I recognize the authority of USCIS to conduct audits of this petition using publicly available open source information.  I also recognize that any supporting evidence submitted in support of this petition may be verified by USCIS through any means determined appropriate by USCIS, including but not limited to, on-site compliance reviews.

If filing this petition on behalf of an organization, I certify that I am authorized to do so by the organization.

I certify, under penalty of perjury, that I have reviewed this petition and that all of the information contained in the petition, including all responses to specific questions, and in the supporting documents, is complete, true, and correct.

1. **Name and Title of Authorized Signatory**

   Family Name (Last Name)

   Given Name (First Name)

   Title

2. **Signature and Date**

   Signature of Authorized Signatory

   Date of Signature (mm/dd/yyyy)

   ➡

3. **Signatory's Contact Information**

   Daytime Telephone Number

   Email Address (if any)

**NOTE:**  If you do not fully complete this form or fail to submit the required documents listed in the instructions, a final decision on your petition may be delayed or the petition may be denied.

## Part 8.  Declaration, Signature, and Contact Information of Person Preparing Form, If Other Than Petitioner

Provide the following information concerning the preparer:

**1.  Name of Preparer**

Family Name (Last Name)

Given Name (First Name)

**2.  Preparer's Business or Organization Name** (if any)

(If applicable, provide the name of your accredited organization recognized by the Board of Immigration Appeals (BIA).)

**3.  Preparer's Mailing Address**

Street Number and Name

Apt. Ste. Flr.    Number

☐ ☐ ☐

City or Town

State

ZIP Code

Province

Postal Code

Country

**4.  Preparer's Contact Information**

Daytime Telephone Number

Fax Number

Email Address (if any)

### *Preparer's Declaration*

By my signature, I certify, swear, or affirm, under penalty of perjury, that I prepared this petition on behalf of, at the request of, and with the express consent of the petitioner or authorized signatory.  The petitioner has reviewed this completed petition as prepared by me and informed me that all of the information in the form and in the supporting documents, is complete, true, and correct.

**5.  Signature and Date**

Signature of Preparer

Date of Signature (mm/dd/yyyy)

## Part 9.  Additional Information About Your Petition For Nonimmigrant Worker

If you require more space to provide any additional information within this petition, use the space below.  If you require more space than what is provided to complete this petition, you may make a copy of **Part 9.** to complete and file with this petition.  In order to assist us in reviewing your response, you must identify the **Page Number, Part Number and Item Number** corresponding to the additional information.

1.  A-Number   ► **A-**

2.  **Page Number**                     **Part Number**                     **Item Number**

3.  **Page Number**                     **Part Number**                     **Item Number**

4.  **Page Number**                     **Part Number**                     **Item Number**



# E-1/E-2 Classification Supplement to Form I-129

### Department of Homeland Security
U.S. Citizenship and Immigration Services

**USCIS
Form I-129**
OMB No. 1615-0009
Expires 11/30/2025

**1.** Name of the Petitioner

**2.** Name of the Beneficiary

Family Name (Last Name)          Given Name (First Name)          Middle Name

**3.** Classification sought (select **only one** box):

☐ E-1 Treaty Trader          ☐ E-2 Treaty Investor          ☐ E-2 CNMI Investor

**4.** Name of country signatory to treaty with the United States

**5.** Are you seeking advice from USCIS to determine whether changes in the terms or conditions of E status for one or more employees are substantive?          ☐ Yes  ☐ No

## Section 1.  Information About the Employer Outside the United States (if any)

**1.** Employer's Name          **2.** Total Number of Employees

**3.** Employer's Address

Street Number and Name          Apt. Ste. Flr.   Number
☐ ☐ ☐

City or Town          State          ZIP Code

Province          Postal Code          Country

**4.** Principal Product, Merchandise or Service

**5.** Employee's Position - Title, duties and number of years employed

## Section 2.  Additional Information About the U.S. Employer

**1.**  How is the U.S. company related to the company abroad? (select **only one** box)

☐ Parent ☐ Branch ☐ Subsidiary ☐ Affiliate ☐ Joint Venture

**2.a.**  Place of Incorporation or Establishment in the United States

**2.b.**  Date of incorporation or establishment (mm/dd/yyyy)

**3.**  Nationality of Ownership (Individual or Corporate)

| Name (First/MI/Last) | Nationality | Immigration Status | Percent of Ownership |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**4.**  Assets

**5.**  Net Worth

**6.**  Net Annual Income

**7.**  Staff in the United States

**a.**  How many executive and managerial employees does the petitioner have who are nationals of the treaty country in either E, L, or H nonimmigrant status?

**b.**  How many persons with special qualifications does the petitioner employ who are in either E, L, or H nonimmigrant status?

**c.**  Provide the total number of employees in executive and managerial positions in the United States.

**d.**  Provide the total number of positions in the United States that require persons with special qualifications.

**8.**  If the petitioner is attempting to qualify the employee as an executive or manager, provide the total number of employees he or she will supervise.  Or, if the petitioner is attempting to qualify the employee based on special qualifications, explain why the special qualifications are essential to the successful or efficient operation of the treaty enterprise.

## Section 3.  Complete If Filing for an E-1 Treaty Trader

**1.**  Total Annual Gross Trade/ Business of the U.S. company

**2.**  For Year Ending (yyyy)

**3.**  Percent of total gross trade between the United States and the treaty trader country.

## Section 4.  Complete If Filing for an E-2 Treaty Investor

**Total Investment:**  Cash

Equipment

Other

Inventory

Premises

Total



Form I-129   Edition  05/31/23

Page 10 of 36



# Trade Agreement Supplement to Form I-129

### Department of Homeland Security
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-129**
OMB No. 1615-0009
Expires 11/30/2025

---

**1.**  Name of the Petitioner

**2.**  Name of the Beneficiary

**3.**  Employer is a (select **only one** box):

☐ U.S. Employer    ☐ Foreign Employer

**4.**  If Foreign Employer, Name the Foreign Country

---

## Section 1.  Information About Requested Extension or Change (See instructions attached to this form.)

**1.**  This is a request for Free Trade status based on (select **only one** box):

☐ **a.** Free Trade, Canada (TN1)

☐ **b.** Free Trade, Mexico (TN2)

☐ **c.** Free Trade, Chile (H-1B1)

☐ **d.** Free Trade, Singapore (H-1B1)

☐ **e.** Free Trade, Other

☐ **f.** A sixth consecutive request for Free Trade, Chile or Singapore (H-1B1)

---

## Section 2.  Petitioner's Declaration, Signature, and Contact Information (Read the information on penalties in the instructions before completing this section.)

Copies of any documents submitted are exact photocopies of unaltered, original documents, and I understand that, as the petitioner, I may be required to submit original documents to U.S. Citizenship and Immigration Services (USCIS) at a later date.

I authorize the release of any information from my records, or from the petitioning organization's records that USCIS needs to determine eligibility for the immigration benefit sought.  I recognize the authority of USCIS to conduct audits of this petition using publicly available open source information.  I also recognize that any supporting evidence submitted in support of this petition may be verified by USCIS through any means determined appropriate by USCIS, including but not limited to, on-site compliance reviews.

I certify, under penalty of perjury, that I have reviewed this petition and that all of the information contained on the petition, including all responses to specific questions, and in the supporting documents, is complete, true, and correct.

I am filing this petition on behalf of an organization and I certify that I am authorized to do so by the organization.

**1.**  **Name of Petitioner**

Family Name (Last Name)

Given Name (First Name)

**2.**  **Signature and Date**

Signature of Petitioner

Date of Signature (mm/dd/yyyy)

➡

**3.**  **Petitioner's Contact Information**

Daytime Telephone Number

Mobile Telephone Number

Email Address (if any)

---

## Section 3. Declaration, Signature, and Contact Information of Person Preparing Form, If Other Than Petitioner

Provide the following information concerning the preparer:

**1.    Name of Preparer**

Family Name (Last Name)

Given Name (First Name)

**2.    Preparer's Business or Organization Name** (if any)

(If applicable, provide the name of your accredited organization recognized by the Board of Immigration Appeals (BIA)).

**3.    Preparer's Mailing Address**

Street Number and Name

Apt. Ste. Flr. ☐ ☐ ☐

Number

City or Town

State ▼

ZIP Code

Province

Postal Code

Country

**4.    Preparer's Contact Information**

Daytime Telephone Number

Fax Number

Email Address (if any)

### *Preparer's Declaration*

By my signature, I certify, swear, or affirm, under penalty of perjury, that I prepared this petition on behalf of, at the request of, and with the express consent of the petitioner or authorized signatory. The petitioner has reviewed this completed petition as prepared by me and informed me that all of the information in the form and in the supporting documents, is complete, true, and correct.

**5.    Signature and Date**

Signature of Preparer

Date of Signature (mm/dd/yyyy)



# H Classification Supplement to Form I-129

### Department of Homeland Security
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-129**
OMB No. 1615-0009
Expires 11/30/2025

---

**1.** Name of the Petitioner

<br>

**Name of the beneficiary or if this petition includes multiple beneficiaries, the total number of beneficiaries**

**2.a.** Name of the Beneficiary

<br>

**OR**

**2.b.** Provide the total number of beneficiaries

**3.** List each beneficiary's prior periods of stay in H or L classification in the United States for the last six years (beneficiaries requesting H-2A or H-2B classification need only list the last three years). Be sure to only list those periods in which each beneficiary was actually in the United States in an H or L classification. Do not include periods in which the beneficiary was in a dependent status, for example, H-4 or L-2 status.

**NOTE:** Submit photocopies of Forms I-94, I-797, and/or other USCIS issued documents noting these periods of stay in the H or L classification. (If more space is needed, attach an additional sheet.)

| Subject's Name | Period of Stay (mm/dd/yyyy) | |
|---|---|---|
| | **From** | **To** |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**4.** Classification sought (select **only one** box):

☐ **a.** H-1B Specialty Occupation

☐ **b.** H-1B1 Chile and Singapore

☐ **c.** H-1B2 Exceptional services relating to a cooperative research and development project administered by the U.S. Department of Defense (DOD)

☐ **d.** H-1B3 Fashion model of distinguished merit and ability

☐ **e.** H-2A Agricultural worker

☐ **f.** H-2B Non-agricultural worker

☐ **g.** H-3 Trainee

☐ **h.** H-3 Special education exchange visitor program

**5.** If you selected **a.** or **d.** in **Item Number 4.**, and are filing an H-1B cap petition (including a petition under the U.S. advanced degree exemption), provide the beneficiary Confirmation Number from the H-1B Registration Selection Notice for the beneficiary named in this petition (if applicable).

**6.** Are you filing this petition on behalf of a beneficiary subject to the Guam-CNMI cap exemption under Public Law 110-229?
☐ Yes    ☐ No

---

**7.** Are you requesting a change of employer and was the beneficiary previously subject to the Guam-CNMI cap exemption under Public Law 110-229?

☐ Yes      ☐ No

**8.a.** Does any beneficiary in this petition have ownership interest in the petitioning organization?

☐ Yes. If yes, please explain in **Item Number 8.b.**      ☐ No

**8.b.** Explanation

---

## Section 1.  Complete This Section If Filing for H-1B Classification

**1.** Describe the proposed duties.

**2.** Describe the beneficiary's present occupation and summary of prior work experience.

### Statement for H-1B Specialty Occupations and H-1B1 Chile and Singapore

By filing this petition, I agree to, and will abide by, the terms of the labor condition application (LCA) for the duration of the beneficiary's authorized period of stay for H-1B employment.  I certify that I will maintain a valid employer-employee relationship with the beneficiary at all times.  If the beneficiary is assigned to a position in a new location, I will obtain and post an LCA for that site prior to reassignment.

I further understand that I cannot charge the beneficiary the ACWIA fee, and that any other required reimbursement will be considered an offset against wages and benefits paid relative to the LCA.

| **Signature of Petitioner** | **Name of Petitioner** | **Date** (mm/dd/yyyy) |
|---|---|---|
| ➡ | | |

### Statement for H-1B Specialty Occupations and U.S. Department of Defense (DOD) Projects

As an authorized official of the employer, I certify that the employer will be liable for the reasonable costs of return transportation of the beneficiary abroad if the beneficiary is dismissed from employment by the employer before the end of the period of authorized stay.

| **Signature of Authorized Official of Employer** | **Name of Authorized Official of Employer** | **Date** (mm/dd/yyyy) |
|---|---|---|
| | | |

### Statement for H-1B U.S. Department of Defense Projects Only

I certify that the beneficiary will be working on a cooperative research and development project or a co-production project under a reciprocal government-to-government agreement administered by the U.S. Department of Defense.

| **Signature of DOD Project Manager** | **Name of DOD Project Manager** | **Date** (mm/dd/yyyy) |
|---|---|---|
| | | |

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

**1.**    Employment is: (select **only one** box)

☐ **a.** Seasonal          ☐ **b.** Peak load          ☐ **c.** Intermittent          ☐ **d.** One-time occurrence

**2.**    Temporary need is: (select **only one** box)

☐ **a.** Unpredictable          ☐ **b.** Periodic          ☐ **c.** Recurrent annually

**3.**    Explain your temporary need for the workers' services (Attach a separate sheet if additional space is needed).

**4.**    List the countries of citizenship for the H-2A or H-2B workers you plan to hire.

**5.a.**    You must provide all of the requested information for **Item Numbers 5.a. - 6.** for each H-2A or H-2B worker you plan to hire who is not from a country that has been designated as a participating country in accordance with 8 CFR 214.2(h)(5)(i)(F)(1) or 214.2(h)(6)(i)(E)(1).  See **www.uscis.gov** for the list of participating countries.  (Attach a separate sheet if additional space is needed.)

Family Name (Last Name)          Given Name (First Name)          Middle Name

**5.b.**    Provide all other name(s) used

Family Name (Last Name)          Given Name (First Name)          Middle Name

**5.c.**    Date of Birth (mm/dd/yyyy)     **5.d.**    Country of Birth

**5.e.**    Country of Citizenship or Nationality

**6.a.**    Have any of the workers listed in **Item Number 5.** above ever been admitted to the United States previously in H-2A/H-2B status?

☐ Yes.  If yes, go to **Part 9.** of Form I-129 and write your explanation.          ☐ No

**6.b.**    Visa Classification (H-2A or H-2B):

**NOTE:**  If any of the H-2A or H-2B workers you are requesting are nationals of a country that is not on the eligible countries list, you must also provide evidence showing: **(1)** that workers with the required skills are not available from a country currently on the eligible countries list**\***; **(2)** whether the beneficiaries have been admitted previously to the United States in H-2A or H-2B status; **(3)** that there is no potential for abuse, fraud, or other harm to the integrity of the H-2A or H-2B visa programs through the potential admission of the intended workers; and **(4)** any other factors that may serve the United States interest.

**\***  For H-2A petitions only: You must also show that workers with the required skills are not available from among United States workers.

**Section 2.   Complete This Section If Filing for H-2A or H-2B Classification**  (continued)

**7.a.**  Did you or do you plan to use a staffing, recruiting, or similar placement service or agent to locate the H-2A/H-2B workers that you intend to hire by filing this petition?

☐ Yes        ☐ No

If yes, list the name and address of service or agent used below.  Please use **Part 10.** of Form I-129 if you need to include the name and address of more than one service or agent.

**7.b.**  Name

[                                                                              ]

**7.c.**  Address

Street Number and Name                                         Apt. Ste. Flr.  Number

[                                                      ]   ☐ ☐ ☐  [                    ]

City or Town                                    State      ZIP Code

[                                                      ]   [▼]   [                    ]

**8.a.**  Did any of the H-2A/H-2B workers that you are requesting pay you, or an agent, a job placement fee or other form of compensation (either direct or indirect) as a condition of the employment, or do they have an agreement to pay you or the service such fees at a later date?  The phrase "fees or other compensation" includes, but is not limited to, petition fees, attorney fees, recruitment costs, and any other fees that are a condition of a beneficiary's employment that the employer is prohibited from passing to the H-2A or H-2B worker under law under U.S. Department of Labor rules.  This phrase does not include reasonable travel expenses and certain government-mandated fees (such as passport fees) that are not prohibited from being passed to the H-2A or H-2B worker by statute, regulations, or any laws.      ☐ Yes  ☐ No

**8.b.**  If yes, list the types and amounts of fees that the worker(s) paid or will pay.

[                                                                              ]

**8.c.**  If the workers paid any fee or compensation, were they reimbursed?      ☐ Yes  ☐ No

**8.d.**  If the workers agreed to pay a fee that they have not yet been paid, has their agreement been terminated before the workers paid the fee?  (Submit evidence of termination or reimbursement with this petition.)      ☐ Yes  ☐ No

**9.**  Have you made reasonable inquiries to determine that to the best of your knowledge the recruiter, facilitator, or similar employment service that you used has not collected, and will not collect, directly or indirectly, any fees or other compensation from the H-2 workers of this petition as a condition of the H-2 workers' employment?      ☐ Yes  ☐ No

**NOTE:**  If USCIS determines that you knew, or should have known, that the workers requested in connection with this petition paid any fees or other compensation at any time as a condition of employment, your petition may be denied or revoked.

**10.a.**  Have you ever had an H-2A or H-2B petition denied or revoked because an employee paid a job placement fee or other similar compensation as a condition of the job offer or employment?      ☐ Yes  ☐ No

**10.a.1**  If yes, when?    [                                        ]

**10.a.2**  Receipt Number: ▶ [                                        ]

**10.b.**  Were the workers reimbursed for such fees and compensation?  (Submit evidence of reimbursement.)  If you answered no because you were unable to locate the workers, include evidence of your efforts to locate the workers.      ☐ Yes  ☐ No

**Section 2.  Complete This Section If Filing for H-2A or H-2B Classification** (continued)

11.  Have any of the workers you are requesting experienced an interrupted stay associated with their entry as an H-2A or H-2B? (See form instructions for more information on interrupted stays.) ☐ Yes ☐ No

If yes, document the workers' periods of stay in the table on the first page of this supplement.  Submit evidence of each entry and each exit, with the petition, as evidence of the interrupted stays.

**12.a.** If you are an H-2A petitioner, are you a participant in the E-Verify program? ☐ Yes ☐ No

**12.b.** If yes, provide the E-Verify Company ID or Client Company ID.

The H-2A/H-2B petitioner and each employer consent to allow Government access to the site where the labor is being performed for the purpose of determining compliance with H-2A/H-2B requirements.  The petitioner further agrees to notify DHS beginning on a date and in a manner specified in a notice published in the Federal Register within 2 workdays if: an H-2A/H-2B worker fails to report for work within 5 workdays after the employment start date stated on the petition or, applicable to H-2A petitioners only, within 5 workdays of the start date established by the petitioner, whichever is later; the agricultural labor or services for which H-2A/H-2B workers were hired is completed more than 30 days early; or the H-2A/H-2B worker absconds from the worksite or is terminated prior to the completion of agricultural labor or services for which he or she was hired.  The petitioner agrees to retain evidence of such notification and make it available for inspection by DHS officers for a one-year period.  "Workday" means the period between the time on any particular day when such employee commences his or her principal activity and the time on that day at which he or she ceases such principal activity or activities.

The petitioner must execute **Part A.**  If the petitioner is the employer's agent, the employer must execute **Part B.**  If there are joint employers, they must each execute **Part C.**

**For H-2A petitioners only:** The petitioner agrees to pay $10 in liquidated damages for each instance where it cannot demonstrate it is in compliance with the notification requirement.

## Part A.  Petitioner

By filing this petition, I agree to the conditions of H-2A/H-2B employment and agree to the notification requirements.  For H-2A petitioners: I also agree to the liquidated damages requirements defined in 8 CFR 214.2(h)(5)(vi)(B)(3).

| Signature of Petitioner | Name of Petitioner | Date (mm/dd/yyyy) |
|---|---|---|
| ➡ | | |

## Part B.  Employer who is not the petitioner

I certify that I have authorized the party filing this petition to act as my agent in this regard.  I assume full responsibility for all representations made by this agent on my behalf and agree to the conditions of H-2A/H-2B eligibility.

| Signature of Employer | Name of Employer | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

## Part C.  Joint Employers

I agree to the conditions of H-2A eligibility.

| Signature of Joint Employer | Name of Joint Employer | Date (mm/dd/yyyy) |
|---|---|---|
| | | |
| Signature of Joint Employer | Name of Joint Employer | Date (mm/dd/yyyy) |
| | | |
| Signature of Joint Employer | Name of Joint Employer | Date (mm/dd/yyyy) |
| | | |
| Signature of Joint Employer | Name of Joint Employer | Date (mm/dd/yyyy) |
| | | |

## Section 3.    Complete This Section If Filing for H-3 Classification

**If you answer yes to any of the following questions, attach a full explanation.**

1.    Is the training you intend to provide, or similar training, available in the beneficiary's country?    ☐ Yes    ☐ No

2.    Will the training benefit the beneficiary in pursuing a career abroad?    ☐ Yes    ☐ No

3.    Does the training involve productive employment incidental to the training?  If yes, explain the amount of compensation employment versus the classroom in **Part 9. of Form I-129.**    ☐ Yes    ☐ No

4.    Does the beneficiary already have skills related to the training?    ☐ Yes    ☐ No

5.    Is this training an effort to overcome a labor shortage?    ☐ Yes    ☐ No

6.    Do you intend to employ the beneficiary abroad at the end of this training?    ☐ Yes    ☐ No

7.    If you do not intend to employ the beneficiary abroad at the end of this training, explain why you wish to incur the cost of providing this training and your expected return from this training.

# H-1B and H-1B1 Data Collection and
# Filing Fee Exemption Supplement

**Department of Homeland Security**

U.S. Citizenship and Immigration Services

**USCIS
Form I-129**

OMB No. 1615-0009
Expires 11/30/2025

**1.** Name of the Petitioner

**2.** Name of the Beneficiary

## Section 1.    General Information

**1.** **Employer Information** - (select all items that apply)

**a.** Is the petitioner an H-1B dependent employer? ☐ Yes ☐ No

**b.** Has the petitioner ever been found to be a willful violator? ☐ Yes ☐ No

**c.** Is the beneficiary an H-1B nonimmigrant exempt from the Department of Labor attestation requirements? ☐ Yes ☐ No

**c.1.** If yes, is it because the beneficiary's annual rate of pay is equal to at least $60,000? ☐ Yes ☐ No

**c.2.** Or is it because the beneficiary has a master's degree or higher degree in a specialty related to the employment? ☐ Yes ☐ No

**d.** Does the petitioner employ 50 or more individuals in the United States? ☐ Yes ☐ No

**d.1.** If yes, are more than 50 percent of those employees in H-1B, L-1A, or L-1B nonimmigrant status? ☐ Yes ☐ No

**2.** **Beneficiary's Highest Level of Education** (select **only one** box)

☐ **a.** NO DIPLOMA

☐ **b.** HIGH SCHOOL GRADUATE DIPLOMA or the equivalent (for example: GED)

☐ **c.** Some college credit, but less than 1 year

☐ **d.** One or more years of college, no degree

☐ **e.** Associate's degree (for example: AA, AS)

☐ **f.** Bachelor's degree (for example: BA, AB, BS)

☐ **g.** Master's degree (for example: MA, MS, MEng, MEd, MSW, MBA)

☐ **h.** Professional degree (for example: MD, DDS, DVM, LLB, JD)

☐ **i.** Doctorate degree (for example:  PhD, EdD)

**3.** Major/Primary Field of Study

**4.** Rate of Pay Per Year

**5.** DOT Code

**6.** NAICS Code

## Section 2.    Fee Exemption and/or Determination

In order for USCIS to determine if you must pay the additional **$1,500** or **$750** American Competitiveness and Workforce Improvement Act (ACWIA) fee, answer all of the following questions:

**1.** Are you an institution of higher education as defined in section 101(a) of the Higher Education Act of 1965, 20 U.S.C. 1001(a)? ☐ Yes ☐ No

**2.** Are you a nonprofit organization or entity related to or affiliated with an institution of higher education, as defined in 8 CFR 214.2(h)(19)(iii)(B)? ☐ Yes ☐ No

| **Section 2.   Fee Exemption and/or Determination** (continued) | | |
|---|---|---|

**3.**   Are you a nonprofit research organization or a governmental research organization, as defined in 8 CFR 214.2(h)(19)(iii)(C)?   ☐ Yes   ☐ No

**4.**   Is this the second or subsequent request for an extension of stay that this petitioner has filed for this beneficiary?   ☐ Yes   ☐ No

**5.**   Is this an amended petition that does not contain any request for extensions of stay?   ☐ Yes   ☐ No

**6.**   Are you filing this petition to correct a USCIS error?   ☐ Yes   ☐ No

**7.**   Is the petitioner a primary or secondary education institution?   ☐ Yes   ☐ No

**8.**   Is the petitioner a nonprofit entity that engages in an established curriculum-related clinical training of students registered at such an institution?   ☐ Yes   ☐ No

If you answered yes to any of the questions above, you are not required to submit the ACWIA fee for your H-1B Form I-129 petition. If you answered no to all questions, answer **Item Number 9.** below.

**9.**   Do you currently employ a total of 25 or fewer full-time equivalent employees in the United States, including all affiliates or subsidiaries of this company/organization?   ☐ Yes   ☐ No

If you answered yes, to **Item Number 9.** above, you are required to pay an additional ACWIA fee of **$750**. If you answered no, then you are required to pay an additional ACWIA fee of **$1,500**.

**NOTE:**  A petitioner seeking initial approval of H-1B nonimmigrant status for a beneficiary, or seeking approval to employ an H-1B nonimmigrant currently working for another employer, must submit an additional **$500** Fraud Prevention and Detection fee.  For petitions filed on or after December 18, 2015, an additional fee of **$4,000** must be submitted if you responded yes to **Item Numbers 1.d. and 1.d.1. of Section 1.** of this supplement.  This **$4,000** fee was mandated by the provisions of Public Law 114-113.

The Fraud Prevention and Detection Fee and Public Law 114-113 fee do not apply to H-1B1 petitions.  **These fees, when applicable, may not be waived.**  You must include payment of the fees when you submit this form.  Failure to submit the fees when required will result in rejection or denial of your submission.  Each of these fees should be paid by separate checks or money orders.

| **Section 3.   Numerical Limitation Information** |
|---|

**1.**   Specify the type of H-1B petition you are filing.  (select **only one** box):

☐   **a.** CAP H-1B Bachelor's Degree          ☐   **c.** CAP H-1B1 Chile/Singapore

☐   **b.** CAP H-1B U.S. Master's Degree or Higher          ☐   **d.** CAP Exempt

**2.**   If you answered **Item Number 1.b. "CAP H-1B U.S. Master's Degree or Higher**," provide the following information regarding the master's or higher degree the beneficiary has earned from a U.S. institution as defined in 20 U.S.C. 1001(a):

**a.**   Name of the United States Institution of Higher Education

[                                                            ]

**b.**   Date Degree Awarded          **c.**   Type of United States Degree

[                    ]          [                                            ]

**d.**   Address of the United States institution of higher education

Street Number and Name          Apt. Ste. Flr.   Number

[                                                   ]   ☐ ☐ ☐   [                    ]

City or Town          State   ZIP Code

[                                                   ]   [▼]   [                    ]

## Section 3.   Numerical Limitation Information (continued)

**3.**   If you answered **Item Number 1.d.** "**CAP Exempt**," you must specify the reason(s) this petition is exempt from the numerical limitation for H-1B classification:

☐   **a.**   The petitioner is an institution of higher education as defined in section 101(a) of the Higher Education Act, of 1965, 20 U.S.C. 1001(a).

☐   **b.**   The petitioner is a nonprofit entity related to or affiliated with an institution of higher education as defined in 8 CFR 214.2(h)(8)(ii)(F)(2).

☐   **c.**   The petitioner is a nonprofit research organization or a governmental research organization as defined in 8 CFR 214.2(h)(8)(ii)(F)(3).

☐   **d.**   The beneficiary will be employed at a qualifying cap exempt institution, organization or entity pursuant to 8 CFR 214.2(h)(8)(ii)(F)(4).

☐   **e.**   The petitioner is requesting an amendment to or extension of stay for the beneficiary's current H-1B classification.

☐   **f.**   The beneficiary of this petition is a J-1 nonimmigrant physician who has received a waiver based on section 214(l) of the Act.

☐   **g.**   The beneficiary of this petition has been counted against the cap and **(1)** is applying for the remaining portion of the 6 year period of admission, or **(2)** is seeking an extension beyond the 6-year limitation based upon sections 104(c) or 106(a) of the American Competitiveness in the Twenty-First Century Act (AC21).

☐   **h.**   The petitioner is an employer subject to the Guam-CNMI cap exemption pursuant to Public Law 110-229.

## Section 4.   Off-Site Assignment of H-1B Beneficiaries

**1.**   The beneficiary of this petition will be assigned to work at an off-site location for all or part of the period for which H-1B classification sought.     ☐ Yes   ☐ No

If no, do not complete **Item Numbers 2.** and **3**.

**2.**   Placement of the beneficiary off-site during the period of employment will comply with the statutory and regulatory requirements of the H-1B nonimmigrant classification.     ☐ Yes   ☐ No

**3.**   The beneficiary will be paid the higher of the prevailing or actual wage at any and all off-site locations.     ☐ Yes   ☐ No



# L Classification Supplement to Form I-129

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-129**
OMB No. 1615-0009
Expires 11/30/2025

---

**1.** Name of the Petitioner

**2.** Name of the Beneficiary

**3.** This petition is (select **only one** box): ☐ **a.** An individual petition    ☐ **b.** A blanket petition

**4.a.** Does the petitioner employ 50 or more individuals in the U.S.?    ☐ Yes ☐ No

**4.b.** If yes, are more than 50 percent of those employee in H-1B, L-1A, or L-1B nonimmigrant status?    ☐ Yes ☐ No

---

### Section 1.   Complete This Section If Filing For An Individual Petition

**1.** Classification sought (select **only one** box): ☐ **a.** L-1A manager or executive    ☐ **b.** L-1B specialized knowledge

**2.** List the beneficiary's and any dependent family member's prior periods of stay in an H or L classification in the United States for the last seven years.  Be sure to list only those periods in which the beneficiary and/or family members were physically present in the U.S. in an H or L classification.  Do not include periods in which the beneficiary was in a dependent status, for example, H-4 or L-2 status.  If more space is needed, go to **Part 9. of Form I-129**.

**NOTE:**  Submit photocopies of Forms I-94, I-797, and/or other USCIS issued documents noting these periods of stay in the H or L classification.  (If more space is needed, attach an additional sheet.)

| Subject's Name | Period of Stay (mm/dd/yyyy) | |
|---|---|---|
| | From | To |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**3.** Name of Employer Abroad

**4.** Address of Employer Abroad

Street Number and Name

Apt. Ste. Flr. ☐ ☐ ☐    Number

City or Town

State ▼    ZIP Code

Province

Postal Code    Country

---

## Section 1. Complete This Section If Filing For An Individual Petition (continued)

**5.**     Dates of beneficiary's employment with this employer. Explain any interruptions in employment.

| Period of Stay (mm/dd/yyyy) | | Explanation of Interruptions |
|---|---|---|
| **From** | **To** | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**6.**     Describe the beneficiary's duties abroad for the 3 years preceding the filing of the petition.  (If the beneficiary is currently inside the United States, describe the beneficiary's duties abroad for the 3 years preceding the beneficiary's admission to the United States.)

**7.**     Describe the beneficiary's proposed duties in the United States.

**8.**     Summarize the beneficiary's education and work experience.

**9.**     How is the U.S. company related to the company abroad? (select **only one** box)

☐ **a.** Parent      ☐ **b.** Branch      ☐ **c.** Subsidiary      ☐ **d.** Affiliate      ☐ **e.** Joint Venture

| Section 1.   Complete This Section If Filing For An Individual Petition (continued) |
|---|

10. Describe the percentage of stock ownership and managerial control of each company that has a qualifying relationship.  Provide the Federal Employer Identification Number for each U.S. company that has a qualifying relationship.

| Percentage of company stock ownership and managerial control of each company that has a qualifying relationship. | Federal Employer Identification Number for each U.S. company that has a qualifying relationship |
|---|---|
| | |
| | |
| | |
| | |
| | |

11. Do the companies currently have the same qualifying relationship as they did during the one-year period of the beneficiary's employment with the company abroad?

☐ Yes        ☐ No.  If no, provide an explanation in **Part 9. of Form I-129** that the U.S. company has and will have a qualifying relationship with another foreign entity during the full period of the requested period of stay.

12. Is the beneficiary coming to the United States to open a new office?

☐ Yes        ☐ No (attach explanation)

**If you are seeking L-1B specialized knowledge status for an individual, answer the following question:**

13.a. Will the beneficiary be stationed primarily offsite (at the worksite of an employer other than the petitioner or its affiliate, subsidiary, or parent)?

☐ Yes        ☐ No

13.b. If you answered yes to the preceding question, describe how and by whom the beneficiary's work will be controlled and supervised.  Include a description of the amount of time each supervisor is expected to control and supervise the work.  If you need additional space to respond to this question, proceed to **Part 9.** of the Form I-129, and type or print your explanation.

13.c. If you answered yes to the preceding question, describe the reasons why placement at another worksite outside the petitioner, subsidiary, affiliate, or parent is needed.  Include a description of how the beneficiary's duties at another worksite relate to the need for the specialized knowledge he or she possesses.  If you need additional space to respond to this question, proceed to **Part 9.** of the Form I-129, and type or print your explanation.

## Section 2.    Complete This Section If Filing A Blanket Petition

List all U.S. and foreign parent, branches, subsidiaries, and affiliates included in this petition.  (Attach separate sheets of paper if additional space is needed.)

| Name and Address | Relationship |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

## Section 3.    Additional Fees

**NOTE:**  A petitioner that seeks initial approval of L nonimmigrant status for a beneficiary, or seeks approval to employ an L nonimmigrant currently working for another employer, must submit an additional **$500** Fraud Prevention and Detection fee.  For petitions filed on or after December 18, 2015, you must submit an additional fee of **$4,500** if you responded yes to both questions in **Item Numbers 4.a.** and **4.b.** on the first page of this L Classification Supplement.  This **$4,500** fee is mandated by the provisions of Public Law 114-113.

**These fees, when applicable, may not be waived.** You must include payment of the fees with your submission of this form.  Failure to submit the fees when required will result in rejection or denial of your submission.  Each of these fees should be paid by separate checks or money orders.



# O and P Classifications Supplement to Form I-129

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-129**
OMB No. 1615-0009
Expires 11/30/2025

## Section 1.   Complete This Section if Filing for O or P Classification

**1.**   Name of the Petitioner

**Name of the Beneficiary or if this petition includes multiple beneficiaries, the total number of beneficiaries included.**

**2.a.**   Name of the Beneficiary

**OR**

**2.b.**   Provide the total number of beneficiaries:

**3.**   **Classification sought** (select **only one** box)

☐ **a.** O-1A Beneficiary of extraordinary ability in sciences, education, business or athletics (not including the arts, motion picture or television industry)

☐ **b.** O-1B  Beneficiary of extraordinary ability in the arts or extraordinary achievement in the motion picture or television industry

☐ **c.** O-2  Accompanying beneficiary who is coming to the United States to assist in the performance of the O-1

☐ **d.** P-1 Major League Sports

☐ **e.** P-1 Athlete or Athletic/Entertainment Group (includes minor league sports not affiliated with Major League Sports)

☐ **f.** P-1S  Essential Support Personnel for P-1

☐ **g.** P-2  Artist or entertainer for reciprocal exchange program

☐ **h.** P-2S  Essential Support Personnel for P-2

☐ **i.** P-3  Artist/Entertainer coming to the United States to perform, teach, or coach under a program that is culturally unique

☐ **j.** P-3S  Essential Support Personnel for P-3

**4.**   Explain the nature of the event.

**5.**   Describe the duties to be performed.

**6.**   If filing for an O-2 or P support classification, list dates of the beneficiary's prior work experience under the O-1 or P principal.

**7.a.**   Does any beneficiary in this petition have ownership interest in the petitioning organization?

☐ Yes.  If yes, please explain in **Item Number 7.b.**          ☐ No.

## Section 1.  Complete This Section if Filing for O or P Classification (continued)

**7.b.**  Explanation

**8.**  Does an appropriate labor organization exist for the petition?

☐ Yes          ☐ No.  If no, proceed to **Part 9.** and type or print your explanation.

**9.**  Is the required consultation or written advisory opinion being submitted with this petition?

☐ Yes          ☐ No - copy of request attached          ☐ N/A

**If no, provide the following information about the organization(s) to which you have sent a duplicate of this petition.**

### O-1 Extraordinary Ability

**10.a.**  Name of Recognized Peer/Peer Group or Labor Organization

**10.b.**  Physical Address

Street Number and Name                                             Apt. Ste. Flr.    Number
                                                                  ☐  ☐  ☐

City or Town                                                       State    ZIP Code

**10.c.**  Date Sent (mm/dd/yyyy)          **10.d.**  Daytime Telephone Number

### O-1 Extraordinary achievement in motion pictures or television

**11.a.**  Name of Labor Organization

**11.b.**  Complete Address

Street Number and Name                                             Apt. Ste. Flr.    Number
                                                                  ☐  ☐  ☐

City or Town                                                       State    ZIP Code

**11.c.**  Date Sent (mm/dd/yyyy)          **11.d.**  Daytime Telephone Number

**12.a.**  Name of Management Organization

**12.b.**  Physical Address

Street Number and Name                                             Apt. Ste. Flr.    Number
                                                                  ☐  ☐  ☐

City or Town                                                       State    ZIP Code

**12.c.**  Date Sent (mm/dd/yyyy)          **12.d.**  Daytime Telephone Number

## Section 1.  Complete This Section if Filing for O or P Classification (continued)

**O-2 or P beneficiary**

**13.a.** Name of Labor Organization

**13.b.** Complete Address
Street Number and Name                                           Apt. Ste. Flr.  Number
☐ ☐ ☐

City or Town                                                     State    ZIP Code

**13.c.** Date Sent (mm/dd/yyyy)        **13.d.** Daytime Telephone Number

## Section 2.  Statement by the Petitioner

I certify that I, the petitioner, and the employer whose offer of employment formed the basis of status (if different from the petitioner) will be jointly and severally liable for the reasonable costs of return transportation of the beneficiary abroad if the beneficiary is dismissed from employment by the employer before the end of the period of authorized stay.

**1.**   **Name of Petitioner**
Family Name (Last Name)          Given Name (First Name)          Middle Name

**2.**   **Signature and Date**
Signature of Petitioner                                          Date of Signature (mm/dd/yyyy)
➡

**3.**   **Petitioner's Contact Information**
Daytime Telephone Number          Email Address (if any)

Form I-129   Edition  05/31/23                                                   Page 28 of 36



# Q-1 Classification Supplement to Form I-129

### Department of Homeland Security

U.S. Citizenship and Immigration Services

**USCIS**
**Form I-129**
OMB No. 1615-0009
Expires 11/30/2025

---

**1.**   Name of the Petitioner

**2.**   Name of the Beneficiary

## Section 1.  Complete if you are filing for a Q-1 International Cultural Exchange Beneficiary

I hereby certify that the beneficiary(ies) in the international cultural exchange program:

**a.**  Is at least 18 years of age,

**b.**  Is qualified to perform the service or labor or receive the type of training stated in the petition,

**c.**  Has the ability to communicate effectively about the cultural attributes of his or her country of nationality to the American public, and

**d.**  Has resided and been physically present outside the United States for the immediate prior year.  (Applies only if the participant was previously admitted as a Q-1).

I also certify that I will offer the beneficiary(ies) the same wages and working conditions comparable to those accorded local domestic workers similarly employed.

**1.**   **Name of Petitioner**

Family Name (Last Name)        Given Name (First Name)        Middle Name

**2.**   **Signature and Date**

Signature of Petitioner        Date of Signature (mm/dd/yyyy)

**3.**   **Petitioner's Contact Information**

Daytime Telephone Number        Email Address (if any)

---

Form I-129   Edition  05/31/23        Page 29 of 36



# R-1 Classification Supplement to Form I-129

**Department of Homeland Security**

U.S. Citizenship and Immigration Services

**USCIS
Form I-129**

OMB No. 1615-0009
Expires 11/30/2025

---

**1.**    Name of the Petitioner

**2.**    Name of the Beneficiary

## Section 1.    Complete This Section If You Are Filing For An R-1 Religious Worker

### Employer Attestation

Provide the following information about the petitioner:

**1.a.**    Number of members of the petitioner's religious organization?

**1.b.**    Number of employees working at the same location where the beneficiary will be employed?

**1.c.**    Number of individuals holding special immigrant or nonimmigrant religious worker status currently employed or employed within the past five years?

**1.d.**    Number of special immigrant religious worker petition(s) (I-360) and nonimmigrant religious worker petition(s) (I-129) filed by the petitioner within the past five years?

**2.**    Has the beneficiary or any of the beneficiary's dependent family members previously been admitted to the United States for a period of stay in the R visa classification in the last five years?    ☐ Yes    ☐ No

If yes, complete the spaces below.  List the beneficiary and any dependent family member's prior periods of stay in the R visa classification in the United States in the last five years.  Please be sure to list only those periods in which the beneficiary and/or family members were actually in the United States in an R classification.

**NOTE:**  Submit photocopies of Forms I-94 (Arrival-Departure Record), I-797 (Notice of Action), and/or other USCIS documents identifying these periods of stay in the R visa classification(s).  If more space is needed, provide the information in **Part 9. of Form I-129**.

| Beneficiary or Dependent Family Member's Name | Period of Stay (mm/dd/yyyy) | |
|---|---|---|
| | **From** | **To** |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

---

Form I-129   Edition  05/31/23

## Section 1.   Complete This Section If You Are Filing For An R-1 Religious Worker (continued)

**3.**    Provide a summary of the type of responsibilities of those employees who work at the same location where the beneficiary will be employed.  If additional space is needed, provide the information on additional sheet(s) of paper.

| Position | Summary of the Type of Responsibilities for That Position |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

**4.**    Describe the relationship, if any, between the religious organization in the United States and the organization abroad of which the beneficiary is a member.

**Provide the following information about the prospective employment:**

**5.a.**    Title of position offered.

**5.b.**    Detailed description of the beneficiary's proposed daily duties.

**5.c.**    Description of the beneficiary's qualifications for position offered.

**5.d.**    Description of the proposed salaried compensation or non-salaried compensation.  If the beneficiary will be self-supporting, the petitioner must submit documentation establishing that the position the beneficiary will hold is part of an established program for temporary, uncompensated missionary work, which is part of a broader international program of missionary work sponsored by the denomination.

## Section 1.   Complete This Section If You Are Filing For An R-1 Religious Worker (continued)

**5.e.** List of the address(es) or location(s) where the beneficiary will be working.

### Petitioner Attestations

**Does the petitioner attest to all of the requirements described in Item Numbers 6. - 12. below?**

**6.** The petitioner is a bona fide non-profit religious organization or a bona fide organization that is affiliated with the religious denomination and is tax-exempt as described in section 501(c)(3) of the Internal Revenue Code of 1986, subsequent amendment, or equivalent sections of prior enactments of the Internal Revenue Code. If the petitioner is affiliated with the religious denomination, complete the Religious Denomination Certification included in this supplement.

☐ Yes        ☐ No.  If no, type or print your explanation below and if needed, go to **Part 9. of Form I-129**.

**7.** The petitioner is willing and able to provide salaried or non-salaried compensation to the beneficiary. If the beneficiary will be self-supporting, the petitioner must submit documentation establishing that the position the beneficiary will hold is part of an established program for temporary, uncompensated missionary work, which is part of a broader international program of missionary work sponsored by the denomination.

☐ Yes        ☐ No.  If no, type or print your explanation below and if needed, go to **Part 9. of Form I-129**.

**8.** If the beneficiary worked in the United States in an R-1 status during the 2 years immediately before the petition was filed, the beneficiary received verifiable salaried or non-salaried compensation, or provided uncompensated self-support.

☐ Yes        ☐ No.  If no, type or print your explanation below and if needed, go to **Part 9. of Form I-129**.

**9.** If the position is not a religious vocation, the beneficiary will not engage in secular employment, and the petitioner will provide salaried or non-salaried compensation. If the position is a traditionally uncompensated and not a religious vocation, the beneficiary will not engage in secular employment, and the beneficiary will provide self-support.

☐ Yes        ☐ No.  If no, type or print your explanation below and if needed, go to **Part 9. of Form I-129**.

| Section 1.   Complete This Section If You Are Filing For An R-1 Religious Worker (continued) |
|---|

10.  The offered position requires at least 20 hours of work per week. If the offered position at the petitioning organization requires fewer than 20 hours per week, the compensated service for another religious organization and the compensated service at the petitioning organization will total 20 hours per week. If the beneficiary will be self-supporting, the petitioner must submit documentation establishing that the position the beneficiary will hold is part of an established program for temporary, uncompensated missionary work, which is part of a broader international program of missionary work sponsored by the denomination.

☐ Yes        ☐ No.  If no, type or print your explanation below and if needed, go to **Part 9. of Form I-129**.

11.  The beneficiary has been a member of the petitioner's denomination for at least two years immediately before Form I-129 was filed and is otherwise qualified to perform the duties of the offered position.

☐ Yes        ☐ No.  If no, type or print your explanation below and if needed, go to **Part 9. of Form I-129**.

12.  The petitioner will notify USCIS within 14 days if an R-1 beneficiary is working less than the required number of hours or has been released from or has otherwise terminated employment before the expiration of a period of authorized R-1 stay.

☐ Yes        ☐ No.  If no, type or print your explanation below and if needed, go to **Part 9. of Form I-129**.

## *Attestation*

**I certify, under penalty of perjury, that the contents of this attestation and the evidence submitted with it are true and correct.**

Name of Petitioner

Title

Signature of Petitioner

➡

Date (mm/dd/yyyy)

Employer or Organization Name

## Section 1.  Complete This Section If You Are Filing For An R-1 Religious Worker (continued)

*Employer or Organization Address* (*do not use a post office or private mail box*)

Street Number and Name

Apt. Ste. Flr. ☐ ☐ ☐   Number

City or Town

State

ZIP Code

*Employer or Organization's Contact Information*

Daytime Telephone Number

Fax Number

Email Address (if any)

## Section 2.  This Section Is Required For Petitioners Affiliated With The Religious Denomination

**Religious Denomination Certification**

**I certify, under penalty of perjury, that:**

**Name of Employing Organization**

is affiliated with:

**Name of Religious Denomination**

and that the attesting organization within the religious denomination is tax-exempt as described in section 501(c)(3) of the Internal Revenue Code of 1986 (codified at 26 U.S.C. 501(c)(3)), any subsequent amendment(s), subsequent amendment, or equivalent sections of prior enactments of the Internal Revenue Code.  The contents of this certification are true and correct to the best of my knowledge.

Name of Authorized Representative of Attesting Organization

Title

Signature of Authorized Representative of Attesting Organization

Date (mm/dd/yyyy)

*Attesting Organization Name and Address* (*do not use a post office or private mail box*)

Attesting Organization Name

Street Number and Name

Apt. Ste. Flr. ☐ ☐ ☐   Number

City or Town

State

ZIP Code

*Attesting Organization's Contact Information*

Daytime Telephone Number

Fax Number

Email Address (if any)

## Attachment-1

**Attach to Form I-129 when more than one person is included in the petition.** (List each person separately. Do not include the person you named on the Form I-129.)

Family Name (Last Name)

Given Name (First Name)

Middle Name

Date of birth (mm/dd/yyyy)

Gender  ☐ Male  ☐ Female  ▶

U.S. Social Security Number (if any)

A-Number (if any)   **A-**

### *All Other Names Used* (include aliases, maiden name and names from previous marriages)

Family Name (Last Name)

Given Name (First Name)

Middle Name

### *Address in the United States Where You Intend to Live* (Complete Address)

Street Number and Name

Apt. Ste. Flr.  ☐ ☐ ☐  Number

City or Town

State  ▼

ZIP Code

### *Foreign Address* (Complete Address)

Street Number and Name

Apt. Ste. Flr.  ☐ ☐ ☐  Number

City or Town

State  ▼

ZIP Code

Province

Postal Code

Country

Country of Birth

Country of Citizenship or Nationality

---

### IF IN THE UNITED STATES:

Date of Last Arrival (mm/dd/yyyy)

I-94 Arrival-Departure Record Number

Passport or Travel Document Number

Date Passport or Travel Document Issued (mm/dd/yyyy)

Date Passport or Travel Document Expires (mm/dd/yyyy)

Country of Issuance for Passport or Travel Document

Current Nonimmigrant Status

Date Status Expires or D/S (mm/dd/yyyy)

Student and Exchange Visitor Information System (SEVIS) Number (if any)

Employment Authorization Document (EAD) Number (if any)

---

**Attachment-1**

**Attach to Form I-129 when more than one person is included in the petition.** (List each person separately. Do not include the person you named on the Form I-129.)

Family Name (Last Name)

Given Name (First Name)

Middle Name

Date of birth (mm/dd/yyyy)    Gender    ☐ Male    ☐ Female    ▶    U.S. Social Security Number (if any)    A-Number (if any)    A-

### *All Other Names Used* (include aliases, maiden name and names from previous Marriages)

Family Name (Last Name)

Given Name (First Name)

Middle Name

### *Address in the United States Where You Intend to Live* (Complete Address)

Street Number and Name

Apt. Ste. Flr.  ☐ ☐ ☐    Number

City or Town

State  ☐

ZIP Code

### *Foreign Address* (Complete Address)

Street Number and Name

Apt. Ste. Flr.  ☐ ☐ ☐    Number

City or Town

State  ☐

ZIP Code

Province

Postal Code

Country

Country of Birth

Country of Citizenship or Nationality

**IF IN THE UNITED STATES:**

Date of Last Arrival (mm/dd/yyyy)

I-94 Arrival-Departure Record Number

Passport or Travel Document Number

Date Passport or Travel Document Issued (mm/dd/yyyy)

Date Passport or Travel Document Expires (mm/dd/yyyy)

Country of Issuance for Passport or Travel Document

Current Nonimmigrant Status

Date Status Expires or D/S (mm/dd/yyyy)

Student and Exchange Visitor Information System (SEVIS) Number (if any)

Employment Authorization Document (EAD) Number (if any)