**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

To:             All Counsel of Record

Issued By:      Judge Robert R. Summerhays

Re:             Barron, et al v. Sterling Sugars Sales Corp.
                21-cv-3741

Date:           January 5, 2024

### MINUTE ENTRY

The Court has reviewed the parties' briefs with regard to the three pending motions for partial summary judgment (ECF Nos. 103, 116 and 118) and has determined that oral argument from the parties is unnecessary. The hearing scheduled for Friday, January 12, 2024 is CANCELLED. The Court will rule on the motions in due course.