UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

|  |  |
|---|---|
| **ARTEMIO ALVAREZ BARRON,** et al., and others similarly situated, | CIVIL ACTION No. 6:21-cv-03741 |
| **Plaintiffs,** | JUDGE ROBERT T. SUMMERHAYS |
| *v.* | MAGISTRATE JUDGE DAVID J AYO |
| **STERLING SUGARS SALES CORPORATION,** | |
| **Defendant**. | |

## PLAINTIFFS' EXHIBIT LIST

Pursuant to the Court's pretrial order, Plaintiffs identify their expected and possible trial exhibits as part of the parties joint pretrial order. All listed exhibits were served on counsel for Defendant, and a USB drive containing all listed exhibits will be sent to the Court Clerk's office.

| No. | Description | Pages | | |
|---|---|---|---|---|
| P-1 | Summary Damages Table (Doc. 103-5, with name correction for Pedro D. Romero Ruelas) | | | |
| P-2 | Summary of Voluminous Payroll Registers and Time Card Reports, all Plaintiffs (Columns A-K of Doc. 103-5) | | | |
| P-3 | Check and Payroll Registers combined for all Plaintiffs | | | |
| P-4 | Time Card Reports combined for all Plaintiffs | | | |
| P-5 | Excel versions of Time Card Reports combined for all Plaintiffs | | | |
| P-6 | SSSC H-2A ETA 9142A and 790 for 2018 season, and any attachments thereto (see Doc. 103-42) | | | |
| P-7 | SSSC H-2A ETA 9142A and 790 for 2019 season, and any attachments thereto (see Doc. 103-43) | | | |
| P-8 | SSSC H-2A ETA 9142A and 790 for 2020 season, and any attachments thereto (see Doc. 103-44) | | | |
| P-9 | SSSC H-2A ETA 9142A and 790 for 2021 season requesting 203 workers, and any attachments thereto (see Doc. 103-45) | | | |
| P-10 | SSSC H-2A ETA 9142A and 790 for 2021 season requesting six workers, and any attachments thereto (see Doc. 103-46) | | | |
| P-11 | Copies of Plaintiffs' H-2A visas (see Doc. 103-47) | | | |
| P-12 | SSSC Field Worker Lists, Bates SSSC 4309–4311 (see Doc. 103-48) | | | |
| P-13 | SSSC Dispatch Lists, Ex. 12 to Rule 30(b)(6) Deposition | | | |
| P-14 | SSSC Worksite Release and Work Contract with individual farms, Exs. 10 and 11 to Rule 30(b)(6) Deposition | | | |
| P-15 | Prevailing Wages printed from OEWS Database, for Southwest Louisiana nonmetropolitan areas for SOC 53-3032 for July 2018-June 2022; SOC 53-3033 for July | | | |

| | | | | |
|---|---|---|---|---|
| | 2018-June 2022; and SOC 49-3031 for July 2020-June 2022. (Doc. 103-41) | | | |
| P-16 | SSSC Second Supplemental Responses to Interrogatories, June 17, 2022 | | | |
| P-17 | SSSC Responses to Plaintiffs' First Requests for Admissions, Nov. 8, 2022 | | | |
| P-18 | SSSC Responses to Plaintiffs' Second Requests for Admissions, May 8, 2023 | | | |
| P-19 | SSSC Responses to Interrogatories, April 14, 2022 | | | |
| P-20 | SSSC Responses to Plaintiffs' First Set of Requests for Production of Documents, April 11, 2022 | | | |
| P-21 | SSSC Responses to Plaintiffs' Second Set of Requests for Production of Documents, Dec. 18, 2022 | | | |
| P-22 | SSSC Updated Privilege Log | | | |
| P-23 | Notice of Rule 30(b)(6) Deposition of SSSC | | | |
| P-24 | Notice of Deposition of Rivers Patout | | | |
| P-25 | Deposition of Miguel Martinez Villalobos (see Plaintiffs' separate trial deposition designations) | | | |
| P-26 | Deposition of Javier Avila Soto (see Plaintiffs' separate trial deposition designations) | | | |
| P-27 | Deposition of Felipe de Jesus Suarez Palafox (see Plaintiffs' separate trial deposition designations) | | | |
| P-28 | Deposition of Arnulfo Villegas Miranda (see Plaintiffs' separate trial deposition designations) | | | |
| P-29 | Deposition of Juan. A. Hernandez Canela (see Plaintiffs' separate trial deposition designations) | | | |
| P-30 | WhatsApp screenshot, Bates P3539–3542 | | | |
| P-31 | Audio File, Jose Santos Maldonado, Bates P2093 & P3509 | | | |
| P-32 | Audio File, Jose Santos Maldonado, Bates P3511 | | | |
| P-33 | Letter from Caitlin Berberich to SSSC, Sept. 9, 2021, Bates SSSC 167–169, and corresponding email Bates P317–3181 | | | |
| P-34 | SSSC and its employees' FLC Certificates of Registration from 2018-2022, Bates SSSC200–203, 218-19, 222-23, 441–448, 450, 1427, 1429–1430, 1625–1627 | | | |

| P-35 | Letter from Rivers Patout to ETA, May 2, 2018, Bates P388–89 | | | |
|---|---|---|---|---|
| P-36 | Romero email, Bates SSSC1990–91 | | | |
| P-37 | SSSC Initial Recruitment Report, order 11-300-20171-667355, Ex. 19 to Deposition of Rivers Patout, Bates P273–74 | | | |
| P-38 | Notice of Acceptance Letter from ETA to SSSC, August 13, 2018, Exhibit 18 to Deposition of Rivers Patout, Bates P47–52 | | | |
| P-39 | Emails between Tim Soileau and Ashley Foret Dees, Bates SSSC 1880–81 | | | |
| P-40 | Invoices with Great Labor, LLC, Bates SSSC 2108–2140, Ex. 4 to 30(b)(6) Deposition | | | |
| P-41 | Email from Dees to Patout, July 26, 2019, SSSC 1488 | | | |
| P-42 | Correspondence between Great Labor/John Dees and Melchor Maya, Sept. 10, 2021, Bates GL0528 | | | |
| P-43 | Text message from Melchor Maya to WhatsApp Group, Bates P2091 | | | |
| P-44 | Audio File, Bates P2094 | | | |
| P-45 | Correspondence between Tim Soileau to John Dees, Bates SSSC 1473 | | | |
| P-46 | Deposition and Document Subpoena to Great Labor, LLC, Exs. 1 and 2 to Great Labor deposition | | | |
| P-47 | Email from Soileau to Dees, Sept. 6, 2019, Bates SSSC 1482 | | | |
| P-48 | Email from Jovanna Perez to Maldonado, Aug. 11, 2021, Bates GL 0279–80 | | | |
| P-49 | Email from Dees to Maldonado, Aug. 21, 2019, Bates GL 288 | | | |
| P-50 | Email from Dees to Maldonado, Sept. 12, 2019, Bates GL 077–78 | | | |
| P-51 | Email from Dees to Maldonado, Oct. 4, 2019, Bates GL0056–57 | | | |
| P-52 | Marriage Certificate Teresa de Jesus Sanchez Gonzalez and Valentin Valenzuela Flores and identification, Bates P2227, 2230 | | | |
| P-53 | Death Certificate Valentin Valenzuela Flores, Bates P02228–29 | | | |
| P-54 | Valentin Valenzuela Flores Probate documents, Bates P2215–2226 | | | |

| | | | | |
|---|---|---|---|---|
| P-55 | Marriage Certificate Margarita Valenzuela Urias and Jesus Adulfo Lopez Osuna and identification, Bates 2232, 2234 | | | |
| P-56 | Death Certificate Jesus Adulfo Lopez Osuna, Bates 2233 | | | |
| P-57 | Plaintiffs' Licencias Federal, Bates SSSC2365, SSSC2415, SSSC3214, SSSC3256, SSSC3320, SSSC3038, SSSC2541, P1780-81, SSSC 2665, SSSC2149, SSSC2199, SSSC2980, SSSC2326, SSSC3164, P1794-5, SSSC3382-84, SSSC3498, SSSC2785, SSSC2860, SSSC2426, SSSC2464, SSSC2490, SSSC2546, SSSC2584, SSSC2620, SSSC2664, SSSC2756, SSSC2763, SSSC2846, SSSC2941, SSSC3072, SSSC3443, SSSC3636, SSSC3709, SSSC2894, SSSC3297, SSSC3392, SSSC3502, P2253, SSSC2394, SSSC3117, SSSC3193, SSSC3251 | | | |
| P-58 | SSSC Surety Bond, SSSC1598–1601 | | | |
| P-59 | Letter from Patout to ETA, July 2, 2018, Bates P709–710 | | | |
| P-60 | Email from Lange to Dees, Sept. 9, 2019, Bates SSSC 1481 | | | |
| P-61 | Doc. 13, Defendant Corporate Disclosure Statement | | | |
| P-62 | Email and Letter to ETA from Attorney DeArmas-Ricci, Bates P1333–1335 | | | |
| P-63 | Petition for Nonimmigrant Worker (Form I-129) 2018-2021: Bates SSSC 1411–1425 (2018), 424–440 (2019), SSSC 181–198 (2020), SSSC 290–303 (2021) | | | |
| P-64 | Email from London Crochet to Soileau, Mar. 12, 2019, SSSC 1475 | | | |
| P-65 | Email Dees to Soileau of list of workers working for Patout, Bates SSSC1496, Exhibit 10 to Dees Dep. | | | |
| P-66 | Dispatch Lists produced by Plaintiffs, Bates P2065–86, P2283–330, P2344–95 | | | |
| P-67 | Scale Tickets, Bates P2045–2051, P2276–79, P2340–41 | | | |
| P-68 | Daily transaction report, P2039–2044 | | | |

| P-69 | Chubb Insurance policy, SSSC2141–2232 | | | |
| P-70 | Summary Damages Chart for penalty wages under the LWPA, Doc. 118-13 | | | |
| | | | | |

Respectfully submitted,

/s/ Caitlin Berberich
Caitlin Berberich, TN Bar No. 025780
*Trial Attorney
*Admitted Pro Hac Vice*
SOUTHERN MIGRANT LEGAL SERVICES
A Project of Texas RioGrande Legal Aid, Inc.
311 Plus Park Blvd., Ste. 135
Nashville, TN 37217
Telephone: (615) 538-0725
Facsimile: (615) 366-3349
cberberich@trla.org


/s/ Nicole Bucheri
Nicole Bucheri, TX Bar No. 24095388
*Admitted Pro Hac Vice*
TEXAS RIOGRANDE LEGAL AID, INC.
316 S. Closner Blvd.
Edinburg, Texas 78539
Telephone: (956) 982-5552
Facsimile: (956) 591-8752
nbucheri@trla.org


/s/ Daniel Davis
Daniel Davis, LA No. 30141
*Admitted to Practice in W.D. La.*
Estes Davis Law, LLC
4465 Bluebonnet Blvd, Suite A
Baton Rouge, LA 70809
Telephone: (225) 336-3394
Facsimile: (225) 384-5419
dan@estesdavislaw.com


ATTORNEYS FOR PLAINTIFFS