**<u>Defendant Sterling Sugars Sales Corporation's Exhibit List</u>**

| Exhibit Number | Description | Pages |
|---|---|---|
| D-1 | 2019 H-2A Clearance Order and Application (SSSC 374-403) | |
| D-2 | 2020 H-2A App and Clearance Order (SSSC 255-277) | |
| D-3 | 2021 H-2A App and Clearance Order (SSSC 351-373) | |
| D-4 | All Timecards in PDF (SSSC-003766 to SSSC-004308) | |
| D-5 | Plaintiffs' Original Complaint [ECF No. 1] | |
| D-6 | Plaintiffs' First Amended Complaint [ECF No. 28] | |
| D-7 | Plaintiffs' Second Amended Complaint [ECF No. 66] | |
| D-8 | Plaintiffs' Consent Forms to Join Lawsuit [ECF No. 66-6] | |
| D-9 | Memorandum Ruling (Conditional Order Regarding Class Certification), dated May 17, 2022 [ECF No. 42] | |
| D-10 | 88 Fed. Reg. 12,760 (Feb. 28, 2023), codified at 20 C.F.R. § 655.120(b) | |
| D-11 | Plaintiffs' in globo Responses to Defendant's First Set of Interrogatories (June 16, 2022) | |

| D-12 | Plaintiff's Individual Responses to Defendant's First Set of Interrogatories<br><br>a.  Alfredo Valdez Rodriguez<br>b.  Arnulfo Villegas Miranda<br>c.  Artemio Alvarez Barron<br>d.  Carlos Alfredo Ramirez Fernandez<br>e.  Carlos Ernesto Pereyra Vidana<br>f.  Daniel Valenzuela Chavez<br>g.  Felipe de Jesus Suarez Palafox<br>h.  Jesus A. Parra Martinez<br>i.  Jesus Ivan Ramirez Fernandez<br>j.  Jesus Lamberto Ramirez Lopez<br>k.  Jesus Pedro Zazueta Ochoa<br>l.  Julio Santiago Villegas Sifuentes<br>m.  Miguel Martinez Villalobos<br>n.  Pedro Abel Jiminez Gonzalez | |
| D-13 | Deposition Transcript of Javier Avila Soto | |
| D-14 | Deposition Transcript of Felipe de Jesus Suarez Palafox | |
| D-15 | Deposition Transcript of Miguel Martinez Villalobos | |
| D-16 | Deposition Transcript of Arnulfo Villegas Miranda | |

PD.44454185.1

| D-17 | Deposition Transcript of Juan Alejo Canela | |
| D-18 | Defendant's Quantum Analysis | |

PD.44454185.1