**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

To: All Counsel of Record

Issued By: Judge Robert R. Summerhays

Re: Barron, et al v. Sterling Sugars Sales Corp
Civil Case Number 6:21-cv-3741

Date: February 20, 2024

**MINUTES OF PRETRIAL CONFERENCE[1]**

The Court held a pretrial conference on January 20, 2024. Participating in the conference were Caitlin Berberich and Nicole Bucheri for plaintiffs and Brandon Davis and Marcellus Chamberlain for defendants. The trial will take place on March 4, 2024.

Counsel shall meet and confer by the end of the week to attempt to resolve objections to exhibits as well as stipulations.

The pending motions for summary judgment (ECF Nos. 103, 116 and 118) are DENIED. The Motion to Take Depositions (ECF No. 136) is DENIED. The Motion in Limine (ECF No. 138) is DENIED without prejudice to the issues presented being raised at trial.

The reference to the Magistrate Judge of the Motion to Quash (ECF No. 68), Motion to Quash (ECF No. 62), and Motion to Compel (ECF No. 88) are withdrawn. The Motion to Quash (ECF No. 68) is GRANTED with regard to the issue of the attorney client privilege. The Motion to Quash (ECF No. 62) and the Motion to Compel (ECF No. 88) are DENIED.

---

[1] Court time – 60 minutes; Court Reporter – Larae Bourque