UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

ARTEMIO ALVAREZ BARRON,      :          CIVIL CASE NO. 6:21-CV-03741
CARLOS ERNESTO PEREYRA
VIDANA, MIGUEL MARTINEZ
VILLALOBOS, JESUS LAMBERTO
RAMIREZ LOPEZ, CARLOS
ALFREDO RAMIREZ FERNANDEZ,
DANIEL VALENZUELA CHAVEZ, and :
others similarly situated,
     Plaintiffs

**versus**                         **JUDGE ROBERT SUMMERHAYS**

**STERLING SUGARS SALES**     :      **MAG. JUDGE DAVID J. AYO**
**CORPORATION**
     Defendant

## ORDER

CONSIDERING non-party Ashley Foret Dees AND John Dees' Motion to Quash Trial Subpoenas,

IT IS ORDERED that non-party Ashley Foret Dees AND John Dees' Motion to Quash Trial Subpoenas is GRANTED and that Plaintiffs' subpoenas to appear at the John M. Shaw United States Courthouse at 800 Lafayette Street, Lafayette, Louisiana and testify are quashed.

Thus done and signed this 20th day of February 2024.

_____
                 **JUDGE**