**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | | |
|---|---|---|
| **ARTEMIO ALVAREZ BARRON ET AL** | | **CASE NO. 6:21-CV-03741** |
| **VERSUS** | | **JUDGE ROBERT R. SUMMERHAYS** |
| **STERLING SUGARS SALES CORP** | | **MAGISTRATE JUDGE DAVID J. AYO** |

**MINUTES OF COURT:**
**Bench Trial - Day 6**

| | | | |
|---|---|---|---|
| Date: | March 11, 2024 | Presiding: | Judge Robert R. Summerhays |
| Court Opened: | 9:15 am | Courtroom Deputy: | Chrissy Craig-Fontenot & Lisa LaCombe |
| Court Adjourned: | 2:41 pm | Court Reporter: | LaRae Bourque |
| Statistical Time: | 4.5 | Courtroom: | CR3 |

**APPEARANCES**

| | | |
|---|---|---|
| Caitlin Irene Berberich | For | All Plaintiffs, Plaintiff |
| Nicole Marie Bucheri | For | All Plaintiffs, Plaintiff |
| Hannah Wolf   (RET) | For | All Plaintiffs, Plaintiff |
| Brandon E Davis   (RET) | For | Sterling Sugars Sales Corp, Defendant |
| Marcellus D Chamberlain   (RET) | For | Sterling Sugars Sales Corp, Defendant |

**PROCEEDINGS**

Case called for Bench Trial Day 6
    Testimony & evidence for deft., concluded
    No Rebuttal by Plaintiffs
    Evidence closed

**MOTIONS:**

**ORAL** motion by Defendants seeking Leave to File [167] Response in Opposition to [166] Request for Judicial Notice.  The Court GRANTED Leave to File the Response.

**ORAL** motion for Judgment on Partial Findings pursuant to Rule 52(c) by Defendants re:
1 – Unjust Enrichment
2 – Breach of Contract
3 – Statute of Limitations
4 – Dismissal of Mechanics who do not meet class definition.

After considering oral argument, presentation of evidence and testimony, and considering the applicable law, the Court GRANTED motion for Unjust Enrichment.  The Court found by preponderance of the evidence that a contract exists.  The Unjust Enrichment claim is DISMISSED.  The Court DENIED motions regarding Breach of Contract, Statute of Limitations and Dismissal of Mechanics who do not meet class definition.

The Court ORDERED the parties to file Findings of Fact and Conclusions of Law briefs with record/case cites thirty (30) days after the transcript is available.  A written ruling will follow.