UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**ARTEMIO ALVAREZ BARRON ET AL**    **CASE NO.  6:21-CV-03741**

**VERSUS**    **JUDGE ROBERT R. SUMMERHAYS**

**STERLING SUGARS SALES CORP**    **MAGISTRATE JUDGE DAVID J. AYO**

### ORDER

Presently before the Court is the Defendant Sterling Sugars Sales Corporation's Motion to Strike Plaintiffs' Post-Trial Brief [ECF No. 230]. Defendant seeks to strike the majority of Plaintiff's Proposed Findings of Fact and Conclusions of Law [ECF No. 228] on the basis that it exceeds the 25 page limit for briefs, citing Local Rules 7.1 and 7.8. As to Rule 7.1, that rule relates only to briefs filed in support of motions and has no applicability here. Rule 7.8 relates to all briefs. However, what Plaintiffs submitted was proposed findings of fact and conclusions of law in response to the Court's request. While proposed findings of fact and conclusions of law are often in the nature of a post-trial brief, they are, in fact, distinct pleadings and the Court finds Rule 7.8 inapplicable. While Defendant chose to limit its proposed findings of fact and conclusions of law to 25 pages, the Court never imposed a limitation on the proposed findings of fact and conclusions of law. Further, the Court finds that Defendant is not prejudiced by the length of Plaintiff's proposed findings of fact and conclusions of law. Defendant should not have had any surprise by the pleading submitted by Plaintiffs as their pretrial proposed findings of fact and conclusions of law was 40 pages in length. Defendant has also filed a Motion for Leave to Respond to Plaintiffs' Post-Trial Brief [ECF No. 229] which seeks not only permission to file a reply but also an additional 30 days to do so based upon Defendant's belief that Plaintiff failed to comply with the Court's rules. The Court does not believe that an extended time to file a reply is necessary as

Defendant has not alleged any information contained in Plaintiff's pleading which raises issues not known to Defendant. The Court will generally allow 10 days to file reply briefs but in this instance, the Court will permit a response to be filed within 14 days.  Accordingly,

    IT IS ORDERED THAT Defendant Sterling Sugars Sales Corporation's Motion to Strike Plaintiffs' Post-Trial Brief [ECF No. 230] is DENIED; and

    IT IS FURTHER ORDERED THAT Defendant's Motion for Leave to Respond to Plaintiffs' Post-Trial Brief [ECF No. 229] is GRANTED IN PART, Defendant may file a response to Plaintiff's Proposed Findings and Conclusions of Law within 14 days of the date of this order.

    THUS DONE in Chambers on this 4th day of September, 2024.

 

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE