**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **ARTEMIO ALVAREZ BARRON ET AL** | **CASE NO. 6:21-CV-03741** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **STERLING SUGARS SALES CORP** | **MAGISTRATE JUDGE DAVID J. AYO** |

# FINAL JUDGMENT

This action came before the Court and, after a bench trial, the Court rendered its Memorandum Ruling [ECF No. 242]. Based upon those Reasons,

IT IS ORDERED AND ADJUDGED, pursuant to the Court's Memorandum Ruling, as to the claims for actual unpaid overtime wage damages under the Fair Labor Standards Act, 29 U.S.C. § 207(a), brought against Defendant Sterling Sugars Sales Corporation by the following Plaintiffs, judgment shall be and is ENTERED in favor of Plaintiffs as follows:

| | **Plaintiff's Name** |
|---|---|
| $4,184.86 | Artemio Alvarez Barron |
| $3,744.80 | Carlos Ernesto Pereyra Vidaña |
| $7,462.72 | Miguel Martinez Villalobos |
| $4,297.25 | Jesus Lamberto Ramirez Lopez |
| $4,215.92 | Carlos Alfredo Ramirez Fernandez |
| $6,692.00 | Daniel Valenzuela Chavez |
| $7,440.51 | Alfredo Valdez Rodriguez |
| $5,703.84 | Jesus Ivan Ramirez Fernandez |
| $8,346.87 | Arnulfo Villegas Miranda |
| $6,331.60 | Julio Santiago Villegas Sifuentes |
| $0 | Jesus Pedro Zazueta Ochoa |
| $9,471.18 | Pedro Abel Jimenez Gonzalez |
| $8,431.99 | Felipe de Jesus Suarez Palafox |
| $2,663.23 | Jesus Alfredo Parra Martinez |
| $0 | Francisco Javier Chaires Mendoza |

| | |
|---|---|
| $3,528.36 | Hector Martinez Arellano |
| $0 | Hibys Alberto Vega Guerrero |
| $4,090.95 | Israel Diaz Meza |
| $0 | Javier Avila Soto |
| $10,693.26 | Jesus Antonio Rodriguez Penuelas |
| $0 | Jesus Ignacio Diaz Castro |
| $0 | Oscar Rene Velez Sandoval |
| $10,030.32 | Ricardo Guadalupe Arce Ruiz |
| $5,024.79 | Teresa de Jesus Sanchez Gonzales for Valentin Valenzuela Flores |
| $0 | Margarita Valenzuela Urias on behalf of Jesus Adulfo Lopez Osuna |
| $9,206.02 | Oscar Javier Ruiz Pacheco |
| $6,679.76 | Pedro Daniel Romero Ruelas |
| $3,503.16 | Fabian Flores Garcia |
| $5,409.34 | Juan Alejo Hernandez Canela |
| $5,495.35 | Julian Cristobal Francisco Mendez |

**$142,648.08 TOTAL**

In addition to these amounts, which are not subject to federal income or payroll tax withholding, it is FURTHER ORDERED that each Plaintiff shall recover post-judgment interest, pursuant to 28 U.S.C. § 1961, on any unpaid amounts of this judgment from the date of this judgment until the foregoing sums are paid in full.

It is FURTHER ORDERED that each Plaintiff shall recover pre-judgment interest from October 22, 2021, until the date of the Court's entry of this final judgment.

It is FURTHER ORDERED the Plaintiffs' Motion for Attorney Fees and Costs [ECF No. 248] is GRANTED in part and DENIED in part. Judgment is and shall be ENTERED in favor of these Plaintiffs for their costs pursuant to Fed. R. Civ. P. 54(d) as well as attorneys' fees in the amount of $242,807.60 and costs of $33,438.13.

It is FURTHER ORDERED that as to all claims of Plaintiff Felipe de Jesus Meza Dimas and the remaining claims of all other Plaintiffs, judgment shall be and is ENTERED in favor of Defendant, and Plaintiffs shall take nothing on these claims.

Any relief sought that is inconsistent with this Final Judgment and the Court's Memorandum Ruling, [ECF No. 242], is hereby DENIED.

Further, Defendants' Motion for Entry of Proposed Final Judgment [ECF No. 256] is DENIED. Plaintiffs' Motion for Entry of Proposed Final Judgment [ECF No. 254] is GRANTED

THUS DONE in Chambers on this 30th day of September, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE