**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| ARTEMIO ALVAREZ BARRON, ET AL.,<br>Plaintiffs, | CASE NO. 6:21-CV-03741 |
| v. | JUDGE ROBERT R. SUMMERHAYS |
| STERLING SUGARS SALES CORP.,<br>Defendant. | MAGISTRATE JUDGE DAVID J. AYO |

**NOTICE OF APPEAL**

All Plaintiffs appeal to the United States Court of Appeals for the Fifth Circuit from the Final Judgment entered on September 30, 2026 (ECF No. 267), and all other of this Court's orders that merged into it, including but not limited to the Memorandum Ruling on Plaintiffs' Motion for Attorney's Fees and Costs entered on September 30, 2026 (ECF No. 266), and the Memorandum Ruling entered on September 11, 2025 (ECF No. 242).

Respectfully submitted,

*/s/ Caitlin Berberich*
Caitlin Berberich, TN Bar No. 025780
*Trial Attorney
*Admitted Pro Hac Vice*
SOUTHERN MIGRANT LEGAL SERVICES
A Project of Texas RioGrande Legal Aid, Inc.
311 Plus Park Blvd., Ste. 135
Nashville, TN 37217
Telephone: (615) 538-0725
Facsimile: (615) 366-3349
cberberich@trla.org

*/s/ Nicole Bucheri*
Nicole Bucheri, TX Bar No. 24095388
*Admitted Pro Hac Vice*
TEXAS RIOGRANDE LEGAL AID, INC.
316 S. Closner Blvd.

Edinburg, TX 78539
Telephone: (956) 982-5552
Facsimile: (956) 591-8752
nbucheri@trla.org

*/s/ Daniel Davis*
Daniel Davis, LA No. 30141
*Admitted to Practice in W.D. La.*
Estes Davis Law, LLC
4465 Bluebonnet Blvd, Ste. A
Baton Rouge, LA 70809
Telephone: (225) 336-3394
Facsimile: (225) 384-5419
dan@estesdavislaw.com

ATTORNEYS FOR PLAINTIFFS

Date: October 29, 2026